UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,

    -against-                          11 Civ. 6189 (LAK)

HSBC NORTH AMERICA HOLDINGS, INC., et al.,

        Defendants.
------------------------------------- x

Other Cases Brought by this Plaintiff:

    11 Civ. 6188 (DLC)
    11 Civ. 6190 (DAB)
    11 Civ. 6192 (LAK)
    11 Civ. 6193 (PGG)
    11 Civ. 6195 (JFK)
    11 Civ. 6196 (PAC)
    11 Civ. 6198 (DAB)
    11 Civ. 6200 (RPP)
    11 Civ. 6201 (JFK)
    11 Civ. 6202 (DLC)
    11 Civ. 6203 (JSR)

------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/11

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On behalf and with the consent of all of the judges to whom the above cases are assigned, it is hereby

        ORDERED, in each case, as follows:

        1.    Counsel for the plaintiff and all of the defendants shall meet and confer promptly with a view to formulating a proposal for the efficient and convenient handling of these cases, which at least preliminarily appear to bear substantial similarities and to raise similar issues.

        2.    On or before October 19, 2011, the parties shall submit a joint report briefly

describing the respects in which these cases are similar and the respects in which they differ with special attention to such matters as the likelihood that they will raise common issues of law, common issues of fact, and common issues with respect to discovery.

3. On or before October 19, 2011, the parties shall submit a joint report or, if agreement cannot be reached, separate reports containing proposals for means by which the cases can most efficiently and conveniently be handled. This report or these reports shall include any proposals for the handling of motions to dismiss the complaints, or portions thereof, that may raise many common issues.

SO ORDERED.

Dated:   September 16, 2011

_____
Lewis A. Kaplan
United States District Judge