UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------X
FEDERAL HOUSING FINANCE              :
AGENCY, AS CONSERVATOR FOR           :
THE FEDERAL NATIONAL                 :
MORTGAGE ASSOCIATION AND             :
THE FEDERAL HOME LOAN                :
MORTGAGE CORPORATION,                :
                                     :
                   Plaintiff,        :   No. 11-civ-6203 (JSR)
                                     :
              -against-              :
                                     :
SG AMERICAS, INC.; SG AMERICAS       :
SECURITIES HOLDINGS, LLC; SG         :
AMERICAS SECURITIES, LLC; SG         :
MORTGAGE FINANCE CORP.; SG           :
MORTGAGE SECURITIES, LLC;            :
DEUTSCHE BANK SECURITIES             :
INC.; J.P. MORGAN SECURITIES         :
LLC; ARNAUD DENIS; ABNER             :
FIGUEROA; TONY TUSI; and             :
ORLANDO FIGUEROA,                    :
                                     :
                   Defendants.       :
-------------------------------------------------------X
```

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant J.P. Morgan Securities LLC.  I certify that I am admitted to practice in this Court.

Dated: October 4, 2011
      New York, New York

Respectfully submitted,

 /s/ *Penny Shane*
Penny Shane
(*shanep@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for J.P. Morgan Securities LLC*