**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

FEDERAL HOUSING FINANCE
AGENCY, AS CONSERVATOR FOR
THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND
THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

                    Plaintiff,

                  -against-

SG AMERICAS, INC.; SG AMERICAS
SECURITIES HOLDINGS, LLC; SG
AMERICAS SECURITIES, LLC; SG
MORTGAGE FINANCE CORP.; SG
MORTGAGE SECURITIES, LLC;
DEUTSCHE BANK SECURITIES
INC.; J.P. MORGAN SECURITIES
LLC; ARNAUD DENIS; ABNER
FIGUEROA; TONY TUSI; and
ORLANDO FIGUEROA,

                  Defendants.

-----------------------------------------------------X

No. 11-civ-6203 (JSR)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant J.P. Morgan Securities LLC certifies as follows:

1.      JPMorgan Chase & Co. is a publicly-held company whose shares are traded on the New York Stock Exchange.  It has no parent company and no publicly held company owns more than 10% of its shares.

2.      J.P. Morgan Securities LLC is a wholly-owned subsidiary of J.P. Morgan

Broker-Dealer Holdings, Inc., which is a wholly-owned subsidiary of JPMorgan Chase &

Co.

Dated: October 4, 2011
        New York, New York

Respectfully submitted,

 /s/ Penny Shane
Penny Shane (*shanep@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

*Counsel for JPMorgan Securities LLC*