**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X
FEDERAL HOUSING FINANCE
AGENCY, AS CONSERVATOR FOR
THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND
THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

                Plaintiff,

                No. 11-civ-6203 (JSR)

              -against-

SG AMERICAS, INC.; SG AMERICAS
SECURITIES HOLDINGS, LLC; SG
AMERICAS SECURITIES, LLC; SG
MORTGAGE FINANCE CORP.; SG
MORTGAGE SECURITIES, LLC;
DEUTSCHE BANK SECURITIES
INC.; J.P. MORGAN SECURITIES
LLC; ARNAUD DENIS; ABNER
FIGUEROA; TONY TUSI; and
ORLANDO FIGUEROA,

                Defendants.
----------------------------------------------------------X

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendant J.P. Morgan Securities LLC.  I certify that I am admitted to practice in this Court.

Dated: October 4, 2011
      New York, New York

                                        Respectfully submitted,

                                         *<u>/s/ Sharon L. Nelles</u>*
                                        Sharon L. Nelles
                                        (*nelless@sullcrom.com*)
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York 10004-2498
                                        Telephone:  (212) 558-4000
                                        Facsimile:  (212) 558-3588

                                        *Counsel for J.P. Morgan Securities LLC*