**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X
FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

     Plaintiff,

  -against-

SG AMERICAS, INC.; SG AMERICAS SECURITIES HOLDINGS, LLC; SG AMERICAS SECURITIES, LLC; SG MORTGAGE FINANCE CORP.; SG MORTGAGE SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; J.P. MORGAN SECURITIES LLC; ARNAUD DENIS; ABNER FIGUEROA; TONY TUSI; and ORLANDO FIGUEROA,

     Defendants.
------------------------------------------------------X

No. 11-civ-6203 (JSR)

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Defendant J.P. Morgan Securities LLC.  I certify that I am admitted to practice in this Court.

Dated: October 4, 2011
       New York, New York

                                      Respectfully submitted,

                                       _/s/ Jonathan M. Sedlak_
                                      Jonathan M. Sedlak
                                      (_sedlakj@sullcrom.com_)
                                      SULLIVAN & CROMWELL LLP
                                      125 Broad Street
                                      New York, New York 10004-2498
                                      Telephone: (212) 558-4000
                                      Facsimile: (212) 558-3588

                                      _Counsel for J.P. Morgan Securities LLC_