UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------X
FEDERAL HOUSING FINANCE            :
AGENCY, AS CONSERVATOR FOR         :
THE FEDERAL NATIONAL               :
MORTGAGE ASSOCIATION AND           :
THE FEDERAL HOME LOAN              :
MORTGAGE CORPORATION,              :
                                   :
                Plaintiff,         :
                                   :    No. 11-civ-6203 (JSR)
           -against-               :
                                   :
SG AMERICAS, INC.; SG AMERICAS     :
SECURITIES HOLDINGS, LLC; SG       :
AMERICAS SECURITIES, LLC; SG       :
MORTGAGE FINANCE CORP.; SG         :
MORTGAGE SECURITIES, LLC;          :
DEUTSCHE BANK SECURITIES           :
INC.; J.P. MORGAN SECURITIES       :
LLC; ARNAUD DENIS; ABNER           :
FIGUEROA; TONY TUSI; and           :
ORLANDO FIGUEROA,                  :
                                   :
                Defendants.        :
-------------------------------------------------X
```

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant J.P. Morgan Securities LLC.  I certify that I am admitted to practice in this Court.

Dated: October 4, 2011
      New York, New York

                              Respectfully submitted,

                              */s/ David A. Castleman*
                              David A. Castleman
                              (*castlemand@sullcrom.com*)
                              SULLIVAN & CROMWELL LLP
                              125 Broad Street
                              New York, New York 10004-2498
                              Telephone: (212) 558-4000
                              Facsimile: (212) 558-3588

                              *Counsel for J.P. Morgan Securities LLC*