**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>        Plaintiff,<br><br>  -against-<br><br>SG AMERICAS, INC.; SG AMERICAS SECURITIES HOLDINGS, LLC; SG AMERICAS SECURITIES, LLC; SG MORTGAGE FINANCE CORP.; SG MORTGAGE SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; J.P. MORGAN SECURITIES LLC; ARNAUD DENIS; ABNER FIGUEROA; TONY TUSI; and ORLANDO FIGUEROA,<br><br>        Defendants. | No. 11-cv-06203 (JSR) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Thomas C. Rice, a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant Deutsche Bank Securities Inc. in this action.

|  |  |
|---|---|
| Dated:  October 7, 2011 | Respectfully submitted,<br><br>/s/Thomas C. Rice<br>Thomas C. Rice<br>trice@stblaw.com<br><br>**SIMPSON THACHER & BARTLETT LLP**<br>425 Lexington Avenue<br>New York, New York  10017-3954<br>Telephone: 212-455-2000<br>Facsimile: 212-455-2502<br><br>*Attorneys for Defendant Deutsche Bank Securities Inc.* |