**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>SG AMERICAS, INC.; SG AMERICAS SECURITIES HOLDINGS, LLC; SG AMERICAS SECURITIES, LLC; SG MORTGAGE FINANCE CORP.; SG MORTGAGE SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; J.P. MORGAN SECURITIES LLC; ARNAUD DENIS; ABNER FIGUEROA; TONY TUSI; and ORLANDO FIGUEROA,<br><br>Defendants. | No. 11-cv-06203 (JSR) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Alan Turner, a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant Deutsche Bank Securities Inc. in this action.

Dated:  October 7, 2011

Respectfully submitted,

/s/Alan Turner
Alan Turner
aturner@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for Defendant Deutsche Bank Securities Inc.*