UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
FEDERAL HOUSING FINANCE AGENCY, AS :
CONSERVATOR FOR THE FEDERAL :
NATIONAL MORTGAGE ASSOCIATION :
AND THE FEDERAL HOME LOAN :
MORTGAGE CORPORATION, :
:
         Plaintiff, :
:
  -against- : 11 Civ. 06203 (JSR)
:
SG AMERICAS, INC.; SG AMERICAS :
SECURITIES HOLDINGS, LLC; SG :
AMERICAS SECURITIES, LLC; SG : **NOTICE OF**
MORTGAGE FINANCE CORP.; SG : **APPEARANCE**
MORTGAGE SECURITIES, LLC; :
DEUTSCHE BANK SECURITIES INC.; J.P. :
MORGAN SECURITIES LLC; ARNAUD :
DENIS; ABNER FIGUEROA; TONY TUSI; :
and ORLANDO FIGUEROA, :
:
         Defendants. :
------------------------------------- X

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Federal Finance Housing Agency, as conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation in the above action.

DATED: New York, New York
October 20th, 2011

               KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

               /s/ Christian T. Becker
               Christian T. Becker
               (cbecker@kasowitz.com)
               Kasowitz, Benson, Torres & Friedman LLP
               1633 Broadway
               New York, NY  10019
               (212) 506-1700

*Attorneys for Federal Finance Housing Agency, as conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation*