UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>SG AMERICAS, INC.; SG AMERICAS SECURITIES HOLDINGS, LLC; SG AMERICAS SECURITIES, LLC; SG MORTGAGE FINANCE CORP.; SG MORTGAGE SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; J.P. MORGAN SECURITIES LLC; ARNAUD DENIS; ABNER FIGUEROA; TONY TUSI; and ORLANDO FIGUEROA,<br><br>Defendants. | 11 Civ. 6203 (JSR)<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on the 19th day of October, 2011, I caused a true and correct copy of Plaintiff FHFA's Proposal for the Efficient Administration of the Cases Pursuant to Paragraph 3 of the Court's September 16, 2011 Order, to be served by Unites States first class mail, postage prepaid, on the counsel listed below.

Scott D. Musoff, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*Counsel for Defendants SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Mortgage Finance Corp., SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*

Dated: October 20, 2011
      New York, New York

                                                  /s/Christian T. Becker
                                                  Christian T. Becker

2