SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
George A. Zimmerman
Four Times Square
New York, New York 10036
(212) 735-3000
george.zimmerman@skadden.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FEDERAL HOUSING FINANCE AGENCY, AS :
CONSERVATOR FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION     :
AND THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,             :

                          Plaintiff,          :

         - against -          :

SG AMERICAS, INC.; SG AMERICAS    :
SECURITIES HOLDINGS, LLC; SG
AMERICAS SECURITIES, LLC; SG      :
MORTGAGE FINANCE CORP.; SG
MORTGAGE SECURITIES, LLC; DEUTSCHE :
BANK SECURITIES INC.; J.P. MORGAN
SECURITIES LLC; ARNAUD DENIS; ABNER :
FIGUEROA; TONY TUSI; and ORLANDO
FIGUEROA,                         :

                        Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11 CIV. 6203 (JSR)

ECF Case

Notice of Appearance

       PLEASE TAKE NOTICE of the appearance of the undersigned as counsel on behalf of Defendants SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa in the above-captioned action.

Dated: New York, New York
October 20, 2011

        /s/ George A. Zimmerman
George A. Zimmerman
(george.zimmerman@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

*Attorneys for Defendants SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*