UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>     -against-<br><br>SG AMERICAS, INC.; SG AMERICAS SECURITIES HOLDINGS, LLC; SG AMERICAS SECURITIES, LLC; SG MORTGAGE FINANCE CORP.; SG MORTGAGE SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; J.P. MORGAN SECURITIES LLC; ARNAUD DENIS; ABNER FIGUEROA; TONY TUSI; and ORLANDO FIGUEROA,<br><br>                    Defendants. | No. 11-cv-06203 (JSR) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DEUTSCHE BANK SECURITIES INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Deutsche Bank Securities Inc., by its undersigned counsel, certifies as follows:

Defendant Deutsche Bank Securities Inc. is indirectly wholly owned by Deutsche Bank AG, a publicly held corporation.

|  |  |
|---|---|
| Dated:  November 9, 2011 | **SIMPSON THACHER & BARTLETT LLP** |
| | /s/Thomas C. Rice |
| | Thomas C. Rice (trice@stblaw.com) |
| | David J. Woll (dwoll@stblaw.com) |
| | Alan Turner (aturner@stblaw.com) |
| | 425 Lexington Avenue |
| | New York, New York  10017-3954 |
| | Telephone: 212-455-2000 |
| | Facsimile: 212-455-2502 |
| | |
| | *Attorneys for Defendant Deutsche Bank Securities Inc.* |