UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>- against -<br><br>SG AMERICAS, INC.; SG AMERICAS SECURITIES HOLDINGS, LLC; SG AMERICAS SECURITIES, LLC; SG MORTGAGE FINANCE CORP.; SG MORTGAGE SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; J.P. MORGAN SECURITIES LLC; ARNAUD DENIS; ABNER FIGUEROA; TONY TUSI; and ORLANDO FIGUEROA,<br><br>Defendants. | 11 CIV. 6203 (JSR)<br><br>ECF Case<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp. and SG Mortgage Securities, LLC by their attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, state as follows:

1.       SG Americas, Inc. is a wholly-owned subsidiary of Société Générale. Société Générale is a publicly-held company whose shares are traded on the Euronext Stock Exchange. No publicly-traded entity owns 10% or more of the stock of Société Générale.

2.       SG Americas Securities Holdings, LLC is a Delaware limited liability company and is a wholly-owned subsidiary of Société Générale.

1

3.  SG Americas Securities, LLC is a Delaware limited liability company and is a wholly-owned subsidiary of SG Americas Securities Holdings, LLC.

4.  SG Mortgage Finance Corp. is a wholly-owned subsidiary of SG Americas, Inc.

5.  SG Mortgage Securities, LLC is a Delaware limited liability company and is a wholly-owned subsidiary of SG Mortgage Finance Corp.

Dated: New York, New York
November 14, 2011

/s/ Scott D. Musoff
Jay B. Kasner (jay.kasner@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*