UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
                                        :
            -v-                         :     11 Civ. 5201 (DLC)
                                        :
UBS AMERICAS, INC., et al.,             :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
            -v-                         :     11 Civ. 6188 (DLC)
                                        :
JPMORGAN CHASE & CO., et al.,           :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
            -v-                         :     11 Civ. 6189 (DLC)
                                        :
HSBC NORTH AMERICA HOLDINGS, INC., et   :
al.,                                    :
                        Defendants.     :
                                        X
---------------------------------------- :
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
            -v-                         :     11 Civ. 6190 (DLC)
                                        :
BARCLAYS BANK PLC, et al.,              :
                        Defendants.     :
                                        :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/12

```
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                        Plaintiff,    :
             -v-                      :      11 Civ. 6192 (DLC)
                                      :
DEUTSCHE BANK AG, et al.,             :
                        Defendants.   :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                        Plaintiff,    :
             -v-                      :      11 Civ. 6193 (DLC)
                                      :
FIRST HORIZON NATIONAL CORP., et al., :
                        Defendants.   :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                        Plaintiff,    :
             -v-                      :      11 Civ. 6195 (DLC)
                                      :
BANK OF AMERICA CORP., et al.,        :
                        Defendants.   :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                        Plaintiff,    :
             -v-                      :      11 Civ. 6196 (DLC)
                                      :
CITIGROUP INC., et al.,               :
                        Defendants.   :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                        Plaintiff,    :
             -v-                      :      11 Civ. 6198 (DLC)
                                      :
GOLDMAN, SACHS & CO., et al.,         :
                        Defendants.   :
                                      :
-------------------------------------X
```

```
----------------------------------------- X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                        Plaintiff,        :
              -v-                         :     11 Civ. 6200 (DLC)
                                          :
CREDIT SUISSE HOLDINGS (USA), INC., et    :
al.,                                      :
                        Defendants.       :
                                          :
----------------------------------------- X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                        Plaintiff,        :
              -v-                         :     11 Civ. 6201 (DLC)
                                          :
NOMURA HOLDING AMERICA, INC., et al.,     :
                        Defendants.       :
                                          :
----------------------------------------- X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                        Plaintiff,        :
              -v-                         :     11 Civ. 6202 (DLC)
                                          :
MERRILL LYNCH & CO., INC., et al.,        :
                        Defendants.       :
                                          :
----------------------------------------- X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                        Plaintiff,        :
              -v-                         :     11 Civ. 6203 (DLC)
                                          :
SG AMERICAS, INC., et al.,                :
                        Defendants.       :
                                          :
-----------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                        Plaintiff,        :
              -v-                         :     11 Civ. 6739 (DLC)
                                          :
MORGAN STANLEY, et al.,                   :
                        Defendants.       :
                                          :
-----------------------------------------X
```

```
--------------------------------------- X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                       Plaintiff,       :
             -v-                        :       11 Civ. 7010 (DLC)
                                        :
ALLY FINANCIAL INC., et al.,            :
                       Defendants.      :
                                        :
---------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                       Plaintiff,       :
             -v-                        :
                                        :       11 Civ. 7048 (DLC)
GENERAL ELECTRIC COMPANY, et al.,       :
                       Defendants.      :
                                        :
---------------------------------------X
                                        :
VNB REALTY, INC.,                       :
                       Plaintiff,       :       11 Civ. 6805 (DLC)
             -v-                        :
                                        :             ORDER
BANK OF AMERICA CORPORATION, et al.,    :
                       Defendants.      :
                                        :
---------------------------------------X
```

DENISE COTE, District Judge:

    In an Opinion and Order of May 4, 2012, the Court granted in part the UBS defendants' January 20 motion to dismiss the Second Amended Complaint in case number 11 Civ. 5201 (DLC). It is hereby

ORDERED that there will be a conference for all parties in all actions on May 14, 2012 at **3:00 p.m.**


SO ORDERED:

Dated:     New York, New York
           May 7, 2012

                              _____
                                     DENISE COTE
                              United States District Judge