```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
             -v-                        :    11 Civ. 5201 (DLC)
                                        :
UBS AMERICAS, INC., et al.,             :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
             -v-                        :    11 Civ. 6188 (DLC)
                                        :
JPMORGAN CHASE & CO., et al.,           :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
             -v-                        :    11 Civ. 6189 (DLC)
                                        :
HSBC NORTH AMERICA HOLDINGS, INC., et   :
al.,                                    :
                        Defendants.     :
                                        X
---------------------------------------  :
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
             -v-                        :    11 Civ. 6190 (DLC)
                                        :
BARCLAYS BANK PLC, et al.,              :
                        Defendants.     :
                                        :
---------------------------------------  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/12

```
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
            -v-                             :       11 Civ. 6192 (DLC)
                                            :
DEUTSCHE BANK AG, et al.,                   :
                    Defendants.             :
                                            :
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
            -v-                             :       11 Civ. 6193 (DLC)
                                            :
FIRST HORIZON NATIONAL CORP., et al.,       :
                    Defendants.             :
                                            :
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
            -v-                             :       11 Civ. 6195 (DLC)
                                            :
BANK OF AMERICA CORP., et al.,              :
                    Defendants.             :
                                            :
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
            -v-                             :       11 Civ. 6196 (DLC)
                                            :
CITIGROUP INC., et al.,                     :
                    Defendants.             :
                                            :
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
            -v-                             :       11 Civ. 6198 (DLC)
                                            :
GOLDMAN, SACHS & CO., et al.,               :
                    Defendants.             :
                                            :
------------------------------------------X
```

```
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
               Plaintiff,             :
          -v-                         :     11 Civ. 6200 (DLC)
                                      :
CREDIT SUISSE HOLDINGS (USA), INC., et:
al.,                                  :
               Defendants.            :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
               Plaintiff,             :
          -v-                         :     11 Civ. 6201 (DLC)
                                      :
NOMURA HOLDING AMERICA, INC., et al., :
               Defendants.            :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
               Plaintiff,             :
          -v-                         :     11 Civ. 6202 (DLC)
                                      :
MERRILL LYNCH & CO., INC., et al.,    :
               Defendants.            :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
               Plaintiff,             :
          -v-                         :     11 Civ. 6203 (DLC)
                                      :
SG AMERICAS, INC., et al.,            :
               Defendants.            :
                                      :
--------------------------------------X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
               Plaintiff,             :
          -v-                         :     11 Civ. 6739 (DLC)
                                      :
MORGAN STANLEY, et al.,               :
               Defendants.            :
                                      :
--------------------------------------X
```

```
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
             -v-                        :      11 Civ. 7010 (DLC)
                                        :
ALLY FINANCIAL INC., et al.,            :
                    Defendants.         :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
             -v-                        :
                                        :      11 Civ. 7048 (DLC)
GENERAL ELECTRIC COMPANY, et al.,       :
                    Defendants.         :
                                        :
----------------------------------------X
                                        :
VNB REALTY, INC.,                       :
                    Plaintiff,          :      11 Civ. 6805 (DLC)
             -v-                        :
                                        :          ORDER
BANK OF AMERICA CORPORATION, et al.,    :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The parties have submitted reports to the Court regarding the use of statistical sampling in these cases.  In order to facilitate the development of sampling protocols, it is hereby

ORDERED that defendants in each of the above-captioned cases shall promptly provide the plaintiff with the final closing loan tapes provided to Trustees and loan-level originator information for each of the securitizations at issue.

IT IS FURTHER ORDERED that at the May 14 conference, defense counsel in case number 11 Civ. 5201 (DLC) should be prepared to outline what sampling protocol, if any, UBS Securities or its agents used in conducting a due-diligence review of the loans included in the securitizations for which it served as underwriter.

SO ORDERED:

Dated:   New York, New York
         May 8, 2012

                                    _____
                                         DENISE COTE
                                    United States District Judge