KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

May 10, 2012

By Hand Delivery

Hon. Denise L. Cote
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

5/11/12

Re: *Federal Housing Finance Agency v. SG Americas, Inc., et al.*, No. 11 Civ. 6203 (DLC); *Federal Housing Finance Agency v. Morgan Stanley, et al.*, No. 11 Civ. 6739 (DLC); *Federal Housing Finance Agency v. Ally Financial Inc., et al.*, No. 11 Civ. 7010 (DLC); *Federal Housing Finance Agency v. General Electric Company, et al.*, No. 11 Civ. 7048 (DLC)

Dear Judge Cote:

I am principal trial counsel for plaintiff Federal Housing Finance Agency ("FHFA") in the above actions.

I am writing with regard to the hearing scheduled for Monday, May 14, 2012. I am lead counsel for the MBIA respondents in an Article 78 hearing commencing on that same day before Justice Barbara R. Kapnick in New York State Supreme Court, *ABN AMRO Bank, N.V. v. Dinallo*, which is scheduled to proceed for approximately three weeks. Accordingly, I am requesting that the Court excuse me from attending Monday's hearing and permit Mr. Hector Torres of our firm to appear on FHFA's behalf.

Respectfully,

Marc E. Kasowitz

cc: Counsel of Record (via email)

Granted.

[signature]
May 11, 2012