UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
            -v-                         :        11 Civ. 5201 (DLC)
                                        :
UBS AMERICAS, INC., et al.,             :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
            -v-                         :        11 Civ. 6188 (DLC)
                                        :
JPMORGAN CHASE & CO., et al.,           :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
            -v-                         :        11 Civ. 6189 (DLC)
                                        :
HSBC NORTH AMERICA HOLDINGS, INC., et   :
al.,                                    :
                        Defendants.     :
                                        X
---------------------------------------  :
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                        Plaintiff,      :
            -v-                         :        11 Civ. 6190 (DLC)
                                        :
BARCLAYS BANK PLC, et al.,              :
                        Defendants.     :
                                        :
--------------------------------------- X

```
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                   Plaintiff,         :
           -v-                        :      11 Civ. 6192 (DLC)
                                      :
DEUTSCHE BANK AG, et al.,             :
                   Defendants.        :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                   Plaintiff,         :
           -v-                        :      11 Civ. 6193 (DLC)
                                      :
FIRST HORIZON NATIONAL CORP., et al., :
                   Defendants.        :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                   Plaintiff,         :
           -v-                        :      11 Civ. 6195 (DLC)
                                      :
BANK OF AMERICA CORP., et al.,        :
                   Defendants.        :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                   Plaintiff,         :
           -v-                        :      11 Civ. 6196 (DLC)
                                      :
CITIGROUP INC., et al.,               :
                   Defendants.        :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                   Plaintiff,         :
           -v-                        :      11 Civ. 6198 (DLC)
                                      :
GOLDMAN, SACHS & CO., et al.,         :
                   Defendants.        :
                                      :
-------------------------------------X
```

```
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                          Plaintiff,  :
              -v-                     :        11 Civ. 6200 (DLC)
                                      :
CREDIT SUISSE HOLDINGS (USA), INC., et :
al.,                                  :
                          Defendants. :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                          Plaintiff,  :
              -v-                     :        11 Civ. 6201 (DLC)
                                      :
NOMURA HOLDING AMERICA, INC., et al., :
                          Defendants. :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                          Plaintiff,  :
              -v-                     :        11 Civ. 6202 (DLC)
                                      :
MERRILL LYNCH & CO., INC., et al.,    :
                          Defendants. :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                          Plaintiff,  :
              -v-                     :        11 Civ. 6203 (DLC)
                                      :
SG AMERICAS, INC., et al.,            :
                          Defendants. :
                                      :
-------------------------------------X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                          Plaintiff,  :
              -v-                     :        11 Civ. 6739 (DLC)
                                      :
MORGAN STANLEY, et al.,               :
                          Defendants. :
                                      :
-------------------------------------X
```

```
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                       Plaintiff,      :
            -v-                        :    11 Civ. 7010 (DLC)
                                       :
ALLY FINANCIAL INC., et al.,           :
                       Defendants.     :
                                       :
--------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                       Plaintiff,      :
            -v-                        :
                                       :    11 Civ. 7048 (DLC)
GENERAL ELECTRIC COMPANY, et al.,      :        ORDER
                       Defendants.     :
                                       :
--------------------------------------- X
```

DENISE COTE, District Judge:

As discussed at the pretrial conference on May 14, 2012, the Southern District of New York does not permit counsel to file letters via ECF, and this Court does not generally permit parties to e-mail letters to the Court.  Nonetheless, it is hereby

ORDERED that, with respect to these cases only, communications with Chambers by letter shall not exceed two pages in length and shall be e-mailed as a .pdf attachment to the following address: CoteNYSDChambers@nysd.uscourts.gov. A copy shall simultaneously be delivered to all counsel.  The subject line of the e-mail shall include only the lead party names and docket number.  Example:

FHFA -v- UBS - 11 Civ. 5201 (DLC)

**No text should be included in the body of the e-mail.**

IT IS FURTHER ORDERED that copies of correspondence between counsel shall not be sent to the Court.

IT IS FURTHER ORDERED that when a letter is accompanied by attachments exceeding 10 pages in length, the submitting party shall both e-mail the letter and deliver a hardcopy to Chambers by mail or hand delivery.

IT IS FURTHER ORDERED that no e-mailed letter shall be sent to the Court by mail unless it has an attachment greater than ten pages.


SO ORDERED:

Dated:     New York, New York
           May 14, 2012

                              _____
                                   DENISE COTE
                              United States District Judge