```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
          -v-                           :   11 Civ. 5201 (DLC)
                                        :
UBS AMERICAS, INC., et al.,             :
                    Defendants.         :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
          -v-                           :   11 Civ. 6188 (DLC)
                                        :
JPMORGAN CHASE & CO., et al.,           :
                    Defendants.         :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
          -v-                           :   11 Civ. 6189 (DLC)
                                        :
HSBC NORTH AMERICA HOLDINGS, INC., et   :
al.,                                    :
                    Defendants.         :
                                        X
---------------------------------------
                                        :
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
          -v-                           :   11 Civ. 6190 (DLC)
                                        :
BARCLAYS BANK PLC, et al.,              :
                    Defendants.         :
                                        :
---------------------------------------- X
```

```
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
                -v-                        :      11 Civ. 6192 (DLC)
                                           :
DEUTSCHE BANK AG, et al.,                  :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
                -v-                        :      11 Civ. 6193 (DLC)
                                           :
FIRST HORIZON NATIONAL CORP., et al.,      :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
                -v-                        :      11 Civ. 6195 (DLC)
                                           :
BANK OF AMERICA CORP., et al.,             :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
                -v-                        :      11 Civ. 6196 (DLC)
                                           :
CITIGROUP INC., et al.,                    :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
                -v-                        :      11 Civ. 6198 (DLC)
                                           :
GOLDMAN, SACHS & CO., et al.,              :
                    Defendants.            :
                                           :
------------------------------------------ X
```

```
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                Plaintiff,                 :
           -v-                             :    11 Civ. 6200 (DLC)
                                           :
CREDIT SUISSE HOLDINGS (USA), INC., et     :
al.,                                       :
                Defendants.                :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                Plaintiff,                 :
           -v-                             :    11 Civ. 6201 (DLC)
                                           :
NOMURA HOLDING AMERICA, INC., et al.,      :
                Defendants.                :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                Plaintiff,                 :
           -v-                             :    11 Civ. 6202 (DLC)
                                           :
MERRILL LYNCH & CO., INC., et al.,         :
                Defendants.                :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                Plaintiff,                 :
           -v-                             :    11 Civ. 6203 (DLC)
                                           :
SG AMERICAS, INC., et al.,                 :
                Defendants.                :
                                           :
------------------------------------------X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                Plaintiff,                 :
           -v-                             :    11 Civ. 6739 (DLC)
                                           :
MORGAN STANLEY, et al.,                    :
                Defendants.                :
                                           :
------------------------------------------X
```

```
---------------------------------------X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                      Plaintiff,       :
               -v-                     :        11 Civ. 7010 (DLC)
                                       :
ALLY FINANCIAL INC., et al.,           :
                      Defendants.      :
                                       :
---------------------------------------X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                      Plaintiff,       :
               -v-                     :
                                       :        11 Civ. 7048 (DLC)
GENERAL ELECTRIC COMPANY, et al.,      :             ORDER
                      Defendants.      :
                                       :
---------------------------------------X
```

DENISE COTE, District Judge:

The parties have submitted requests for clarification of the Court's May 14 ruling with regard to the sharing of "Highly Confidential Material" produced in discovery. It is hereby

ORDERED that Highly Confidential Material may be disclosed to an unlimited number of FHFA employees within one of the five FHFA divisions identified in the plaintiff's proposed protective order, provided that disclosure to such individuals is necessary for the prosecution of one or more of these actions.

IT IS FURTHER ORDERED that the plaintiff may share Highly Confidential Information with up to five subject-matter experts at federal government or regulatory agencies other than the FHFA, subject again to the limitation that disclosure to such

4

individuals shall be made only for the purpose of prosecuting these actions.

SO ORDERED:

Dated:   New York, New York
         May 25, 2012

_____
~~DENISE COTE~~ Sidney H. Stein
United States District Judge