```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
              -v-                       :    11 Civ. 5201 (DLC)
                                        :
UBS AMERICAS, INC., et al.,             :
                    Defendants.         :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
              -v-                       :    11 Civ. 6188 (DLC)
                                        :
JPMORGAN CHASE & CO., et al.,           :
                    Defendants.         :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
              -v-                       :    11 Civ. 6189 (DLC)
                                        :
HSBC NORTH AMERICA HOLDINGS, INC., et   :
al.,                                    :
                    Defendants.         :
                                        X
----------------------------------------
                                        :
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
              -v-                       :    11 Civ. 6190 (DLC)
                                        :
BARCLAYS BANK PLC, et al.,              :
                    Defendants.         :
                                        :
----------------------------------------X
```

```
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                  Plaintiff,               :
                  -v-                      :     11 Civ. 6192 (DLC)
                                           :
DEUTSCHE BANK AG, et al.,                  :
                  Defendants.              :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                  Plaintiff,               :
                  -v-                      :     11 Civ. 6193 (DLC)
                                           :
FIRST HORIZON NATIONAL CORP., et al.,      :
                  Defendants.              :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                  Plaintiff,               :
                  -v-                      :     11 Civ. 6195 (DLC)
                                           :
BANK OF AMERICA CORP., et al.,             :
                  Defendants.              :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                  Plaintiff,               :
                  -v-                      :     11 Civ. 6196 (DLC)
                                           :
CITIGROUP INC., et al.,                    :
                  Defendants.              :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                  Plaintiff,               :
                  -v-                      :     11 Civ. 6198 (DLC)
                                           :
GOLDMAN, SACHS & CO., et al.,              :
                  Defendants.              :
                                           :
-------------------------------------------X
```

```
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                  Plaintiff,          :
              -v-                     :      11 Civ. 6200 (DLC)
                                      :
CREDIT SUISSE HOLDINGS (USA), INC., et :
al.,                                  :
                  Defendants.         :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                  Plaintiff,          :
              -v-                     :      11 Civ. 6201 (DLC)
                                      :
NOMURA HOLDING AMERICA, INC., et al., :
                  Defendants.         :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                  Plaintiff,          :
              -v-                     :      11 Civ. 6202 (DLC)
                                      :
MERRILL LYNCH & CO., INC., et al.,    :
                  Defendants.         :
                                      :
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                  Plaintiff,          :
              -v-                     :      11 Civ. 6203 (DLC)
                                      :
SG AMERICAS, INC., et al.,            :
                  Defendants.         :
                                      :
-------------------------------------X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                  Plaintiff,          :
              -v-                     :      11 Civ. 6739 (DLC)
                                      :
MORGAN STANLEY, et al.,               :
                  Defendants.         :
                                      :
-------------------------------------X
```

```
------------------------------------- X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                Plaintiff,            :
                -v-                   :   11 Civ. 7010 (DLC)
                                      :
ALLY FINANCIAL INC., et al.,          :
                Defendants.           :
                                      :
--------------------------------------X
                                      :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                Plaintiff,            :
                -v-                   :
                                      :   11 Civ. 7048 (DLC)
GENERAL ELECTRIC COMPANY, et al.,     :          ORDER
                Defendants.           :
                                      :
--------------------------------------X
```

DENISE COTE, District Judge:

An Opinion and Order of May 4 granted in part defendants' motion to dismiss in FHFA v. UBS et al., 11 Civ. 5201 (DLC). With the consent of the defendants, the plaintiff has filed a proposed schedule for amendment of the complaints in the remaining cases. It is hereby

ORDERED that the plaintiff's proposed schedule is adopted. Amended pleading shall be filed in the following cases by **June 13, 2012**: 11 Civ. 6188 (DLC), 11 Civ. 6192 (DLC), 11 Civ. 6198 (DLC), 11 Civ. 6202 (DLC), 11 Civ. 6739 (DLC), 11 Civ. 7010 (DLC). By **June 28, 2012**, plaintiff shall file amended pleadings in the remaining cases: 11 Civ. 6189 (DLC), 11 Civ. 6190 (DLC), 11 Civ. 6193 (DLC), 11 Civ. 6195 (DLC), 11 Civ. 6196 (DLC), 11

Civ. 6200 (DLC), 11 Civ. 6201 (DLC), 11 Civ. 6203 (DLC), 11 Civ. 7048 (DLC).

IT FURTHER ORDERED that there will be a conference for all parties in all actions on **June 13, 2012** at **3:00 p.m.** in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         May 25, 2012

~~DENISE COTE~~ Sidney H. Stein
United States District Judge