# ARNOLD IRVIN BARNETT

*George Eastman Professor of Management Science*
*Sloan School of Management*
*Massachusetts Institute of Technology*

abarnett@mit.edu
(617) 253-2670 (office), (617) 484-2660, (home)
E53-379, MIT, Cambridge MA 02139

|  |  |
|---|---|
| **Born**: | April 21, 1948, Brooklyn, N.Y. |
| **Citizenship**: | U. S. |
| **Education**: | B. A.  (Physics) Columbia College, 1969 |
|  | Ph.D. (Applied Mathematics) M.I.T., 1973 |
| Thesis Title: | On Controlling Randomness in Transportation Systems |
| Thesis Advisor: | Professor Daniel J. Kleitman |

**Primary Research Interests**: Operations Research, Applied Statistics, Applied Mathematical Modeling, Public Policy, Health and Safety

## MIT Experience:

| | |
|---|---|
| 1971-73 | Summer Session Instructor, Dept. of Mathematics, M.I.T. |
| 1973-75 | Instructor of Applied Mathematics, Dept. of Mathematics, M.I.T. |
| 1975-78 | Assistant Professor of Operations Research, Sloan School of Management, M.I.T. |
| 1978-87 | Associate Professor of Operations Research, Sloan School of Management (received tenure, May 1982) |
| 1987-present | Professor of Operations Research, Sloan School of Management |
| 1998 | Named George Eastman Professor of Management Science |

## Outside Experience:

| | |
|---|---|
| 1973-75 | U. S. Atomic Energy Commission (Bethesda, MD) |
| 1975 | Norton Publishing Co. (New York) |
| 1975-90 | Public Systems Evaluation Inc., Enforth (Cambridge) |
| 1975 | U. S. Dept. of Justice, Law Enforcement Assistance Administration (Washington) |
| 1976-81 | Tufts-New England Medical Center, Dept. of Hematology (Boston) |

| | |
|---|---|
| 1978-81 | U. S. General Accounting Office, Division of Energy and Minerals (Washington) |
| 1980 | Vermont State College System |
| 1980 | Citizens Crime Commission of New York City |
| 1981 | Professional Development Institute, Ltd. (Ottawa) |
| 1982-84 | National Center for State Courts (Williamsburg, Virginia) |
| 1984 | Manchester Business School (sabbatical) |
| 1984-present | Educational Testing Service (Princeton, New Jersey) |
| 1984-85 | McKinsey and Company (London, Sydney) |
| 1985 | Australian Graduate School of Management (sabbatical) |
| 1987 | U. S. Sentencing Commission (Washington) |
| 1987-95 | KOBA Associates (Washington) |
| 1988 | Abt Associates (Cambridge) |
| 1988 | MacArthur Foundation/National Institute of Justice |
| 1989 | Centers for Disease Control (Atlanta) |
| 1990-91 | U.S. General Accounting Office (Washington) |
| 1990-91 | Federal Aviation Administration (Atlantic City) |
| 1992-94 | Burns and Levinson, Counsellors-at-Law, Boston |
| 1992-3 | Clinton and Musaka, Counsellors-at-Law, Boston |
| 1993-present | Amsterdam Schiphol airport |
| 1993 | American Airlines |
| 1993-present | Analysis Group (Cambridge) |
| 1994 | Goodwin Proctor and Hoar, Counsellors-at-Law, Boston |
| 1994-95 | <u>Newsweek</u> magazine |
| 1994 | CSSI (Washington) |
| 1994 | Liberty Mutual Insurance |
| 1995-99 | <u>Computerworld</u> magazine |
| 1995 | ATMS (Falls Church, VA) |
| 1995 | Ropes and Gray, Counsellors-at-Law, Boston |
| 1995 | Association of American Railroads |
| 1996 | Verner, Liipfert, Bernhard, McPherson, and Hand (Washington) |
| 1996 | Morgan-Stanley, Hong Kong |
| 1996-present | Gell-Mann Research Associates (Philadelphia) |
| 1997-present | Environmental Science Associates (San Francisco) |
| 1997 | Volpe National Transportation Center |
| 1997 | Coopers & Lybrand |
| 1997 | Holland & Knight Law Offices (Miami) |
| 1998-2000 | Federal Express Airlines |
| 1999 | Connecticut Home Care Association |
| 1999 | Locke, Liddell, and Sapp (Counselors at Law) (Houston) |
| 1999-2001 | Urban Institute (Washington) |
| 1999-present | J.P. Morgan and Co. |
| 1999-present | McNatt, Greene, and Thompson Law Offices (Vidalia, GA) |
| 2000 | Amsterdam Schiphol Airport, Committee on Crosswinds and Tailwinds |
| 2000 | University Access Inc. (Los Angeles) |
| 2000 | American Association of Actuaries |
| 2000 | O'Melveny and Myers (Los Angeles) |
| 2000 | Louisville International Airport |

| | |
|---|---|
| 2001-present | Cornerstone Research, (New York, Los Angeles, San Francisco, Menlo Park) |
| 2001 | Flight Safety Foundation |
| 2001 | Jenner and Block, (Chicago) |
| 2001 | Simpson, Thacher, and Bartlett (New York) |
| 2000-present | Sonnenschein, Nath and Rosenthal, (Kansas City, Chicago, St. Louis, New York) |
| 2002 | (US) Transportation Security Administration |
| 2002 | Wollmuth, Maher, and Deutsch (New York) |
| 2002 | Finnegan, Henderson, Farabow, Garrett, and Dunner (Washington) |
| 2003 | MCRI (Arlington, Virginia) |
| 2004 | Johnson and Johnson, Inc (New Jersey) |
| 2004 | Wilson, Sonsini, Goodrich, and Rosati (Palo Alto) |
| 2004-07 | Winston and Strawn (Chicago) |
| 2005 | Manatt, Phelps, and Phillips (New York) |
| 2006 | De Brauw, Blackstone, Westbroek (The Hague) |
| 2007-present | Morrison and Forester (Sacramento) |
| 2008-10 | City of Los Angeles/Los Angeles World Airports |
| 2009 | Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo (Washington) |
| 2009 | Howrey (Washington, DC) |
| 2010-present | Grippo and Ellen (Chicago) and Butler, Rubin, Saletarelli, and Boyd (Chicago) |

## **MIT Administrative Activities:**

(Institute) Committee on the Writing Requirement (1983-84)
(Institute) Committee on Curriculum (1986)
(Vice-Provost's) Committee to Review the Operations Research Center (1986)
Sloan Master's Program Committee (1983-84, 1985-86, 1990-92)
Sloan Core Coordination Committee (1985-86)
Chair, Sloan Ph.D. Program Committee (1986-88)
MIT Committee on Student Affairs (1987-88)
Operations Research Center, Core Faculty (1975-present)
Institute Committee on Minority Student Achievement (1999-2001)
MIT Medical Board, (2000-2002)
MIT Committee on Academic Performance (2005-present)

## **MIT Teaching Activities:**

Courses Taught:

| | |
|---|---|
| 15.053 | Introduction to Management Science |
| 15.054 | The Global Aviation Industry |
| 15.060 | Data, Models, and Decisions |
| 15.061 | Intermediate Statistics |
| 15.063 | Communicating with Data |
| 15.064 | Engineering Probability and Statistics |
| 15.068 | Advanced Statistics (until 2000) |
| 15.068 | Statistical Consulting |

| | |
|---|---|
| 15.071 | Decision Technologies for Managers |
| 15.073/18.445 | Introduction to Stochastic Processes |
| 15.075 | Applied Statistics |
| 15.078J | Urban Operations Research/Logistics and Transportation Planning |
| 15.813 | Management Science and Public Systems |
| 15.074 | Mathematical Models and Policy Analysis |
| 18.075/18.706 | Advanced Calculus for Applications |
| 18.303 | Probability and Random Variables |
| 18.312 | Introduction to Statistics |

*Teaching Honors:*

Selected twelve times by the students (most recently, May 2011) as recipient of a Sloan school or institute-wide Excellence in Teaching Award. One of eight U. S. faculty discussed in the article "B-School Students' Favorite Professors" in Fortune magazine of January 25, 1982. Ranked the most "outstanding" faculty member at the Sloan School in a 1992 Business Week poll of recent graduates. (The Best B-Schools, McGraw Hill, 1993, p. 165)

**Research Activities**

*Research Awards and Honors:* 1996 President's Award from Institute for Operations Research and the Management Sciences (INFORMS) for outstanding contributions to the betterment of society.

Selected as the 1999 honorary inductee into Omega Rho International Honor Society for scholarly contributions

Selected by the British Operational Research Society as the year 2000 Blackett Memorial Lecturer; lecture was delivered at the Royal Aeronautical Society

Recipient of the 2001 Expository Writing Award of the Institute for Operations Research and the Management Sciences (INFORMS) because influence of research was "greatly enhanced by its expository excellence."

Recipient of 2002 President's Citation from the world-wide Flight Safety Foundation for "truly outstanding service on behalf of safety, whether it be valor, professionalism or other service above and beyond expectations."

Selected in 2003 as a Fellow of the Institute of Management Sciences and Operations Research

Sponsored Research:

Principal Investigator of eleven research projects:

  (1) "On Additional Approaches to Criminal Justice Data Analysis," awarded 4/78-4/80, Law Enforcement Assistance Administration; U. S. Dept. of Justice.

  (2) "Mathematical Models and the Use of Prison Space," awarded 6/81 by

        National Institute of Justice, U. S. Dept. of Justice.

(3)   "Selective Incapacitation and the Philadelphia Cohort Data," awarded 9/83 by National Institute of Justice, U. S. Dept. of Justice.

(4)   "A Paradoxical Aspect of the Recent Decline in Crime Rates," awarded 10/86, National Institute of Justice, U. S. Dept. of Justice.

(5)   "Assessing and Expanding the Set of Air Safety Risk Indicators," awarded 9/90, Federal Aviation Administration. (Renewed, 1/92)

(6)   "World Airline Safety," awarded 1/97, Federal Aviation Administration

(7)   Co-Director, National Center of Excellence in Aviation Operations Research, (NEXTOR) founded 10/96.

(8)   Chair, FAA Technical Committee on Positive Passenger Bag Match, which was established to deal with security issues raised by Gore Commission, 1996-98

(9)   Co-Director, Sloan Foundation Project on the Global Aviation Industry, 1999-present

(10)   Chair, Academic Panel, North Runway Safety Study, Los Angeles International Airport, 2008-present

(11)   Chair, MIT Conference on the Electoral College, sponsored by the Carnegie Corporation of New York, 2008

### **Editorships:**

Departmental Editor for Public Sector Applications, *Management Science*.

Contributing Editor, *Interfaces*.

Editorial Board, *Journal of Quantitative Criminology*.

Editorial Board Member, *Journal of Managerial Issues*.

Co-Editor, <u>Operations Research in the Public Sector</u>, Elsevier-North Holland

Chair, *OR/MS TODAY* Committee

### **Publications:**

"Optimal Scheduling Policies for Some Simple Transportation Systems," (with D. J. Kleitman), *Transportation Science*, Feb. 1973, pp. 85-99 Volume 7

"On Scheduling Some Transport Systems with Discrete-Time Passenger Arrivals," *Studies in Applied Mathematics*, March 1973, pp. 75-86.

"Urban Violence and Risk to the Individual," (with D. J. Kleitman), *Journal of Research in Crime and Delinquency*, July 1973, pp. 110-116.

"On Operating a Shuttle Service," *Networks*, September 1973, pp. 305-313.

"On Controlling Randomness in Transit Operations," *Transportation Science*, May 1974, pp. 85-102 Volume 8

"On Urban Homicide: A Statistical Analysis," (with D. J. Kleitman and R. C. Larson), *Journal of Criminal Justice*, Summer 1975, pp. 85-110. (A qualitative version of the above paper was published in Ekistics, February 1975. The paper's findings were the subject of the column "Grisly Prospects" in *The Wall Street Journal* of September 12, 1974.)

"More on a Market Share Theorem," *Journal of Marketing Research*, February 1976, pp. 104 109.

"On Searching for Events of Limited Duration," *Operations Research*, May-June 1976, pp. 438-451. Volume 24

"Improved Interpretation and Analysis of Criminal Justice Statistics" (with R. D. Larson and A. Odoni) in <u>Performance Measures and the Criminal Justice System: Four Conceptual Approaches</u>, U. S. Dept. of Justice, Law Enforcement Assistance Administration, October 1976. (I wrote Chapter 8 of Part II of the book.)

"Control Strategies for Transport Systems with Nonlinear Waiting Costs," *Transportation Science*, May 1978, pp. 119-136. Volume 12

"A Statistical Procedure for Testing Nuclear-Powered Cardiac Pacemakers," (with D. J. Kleitman, D. Rosenbaum, and B. Singer), *Technometrics*, August 1978, pp. 221-226.

"Optimal Control of the B/B/C Queue," (satirical) *Interfaces*, August 1978, pp. 49-52. Volume 8

"On Two-Terminal Control of a Shuttle Service," (with D. J. Kleitman), *SIAM Journal on Applied Mathematics*, September 1978, pp. 229-234.

"Some Optimization Problems with Bulk-Service Queues," (with D. J. Kleitman), *Studies in Applied Mathematics*, Fall 1978, pp. 277-290.

"Crime and Capital Punishment: Some Recent Studies," *Journal of Criminal Justice*, Winter 1978, pp. 291-303.

"National Evaluation Program: Streetlighting Projects" (with J. Tien, V. S. O'Donnell, and P. B. Mirchandani), U. S. Government Printing Office #281-380-1551, Washington, D. C. (1979).

"Airline Safety: Some Empirical Findings," (with M. Abraham and V. Schimmel) *Management Science*, November 1979, pp. 1045-1056. Volume 25 (This paper was summarized under the title "Risk Assessment" in the *Scientific American* of August 1980.)

"The Decision to Perform Staging Laparotomy in Symptomatic Hodgkin's Disease," (with C. J. Rutherford, J. DesForges, and B. Davies) *British Journal of Hematology*, 44 p. 347-358 (1980).

"On the Sequential Search for Spatially-Distributed Events," (with J. Mazzarino), *SIAM Journal on Algebraic and Discrete Methods*, Vol 1, #1, March 1980, pp. 82-91.

"Urban Homicide: Some Recent Developments," (with E. Essenfeld and D. J. Kleitman) *Journal of Criminal Justice*, 8, pp. 379-85 (1980). (This paper was the subject of "The State of Murder in America," *Boston Sunday Globe*, 10/21/79, Focus Section.)

"The Dose-Response Relationship: What is its form at Low Levels?" and "Latency Period: Estimating the Time from the Induction to the Appearance of Cancer," Chapters 11 and 12 in Problems in Assessing the Cancer Risks of Low-Level Ionizing Radiation Exposure, Report EMD-81-1 to the Congress of the United States, U. S. General Accounting Office, 1981, pp. 11-1 to 11-34 and 12-1 to 12-18.

"The Deterrent Effect of Capital Punishment" A Test of Some Recent Studies," *Operations Research*, March-April 1981, pp. 346-370. Volume 28 (This article was summarized in the Op-Ed column "Capital Punishment: The Uncertainty Remains" in the Boston Sunday Globe of 9/3/79.)

"Further Standards of Accountability for Deterrence Research," Chapter 7 of Methods in Quantitative Criminology, J. Fox, Editor, Academic Press (1981), pp. 127-145.

"Evaluating the Validity of a Bayesian Model of Predicting Stage in Hodgkin's Disease," (with C. J. Rutherford, J. DesForges, N. Gutensohn, and B. Davies), *Methods of Information in Medicine*, 20, pp. 174-178 (1981).

"Learning to Live with Homicide," *Journal of Criminal Justice*, 10, pp. 69-72 (1982).

"An Underestimated Threat to Multiple-Regression Analyses Used in Job Discrimination Cases," *Industrial Relations Law Journal* (Berkeley [Boalt Hall] Law School) 5, #1, pp. 156-173 (1982).

"The Decision Between Single and Combined Modality Therapy in Hodgkin's Disease," (with C. J. Rutherford, J. DesForges, C. Safran, and B. Davies), *American Journal of Medicine*, February 1982.

"A Quartile Test for Differences in Distribution," (with E. Eisen), *Journal of the American Statistical Association*, 77, pp. 44-51 (1982).

1983 *Interfaces* columns:

"The Linear Model and Some of Its Friends," 13, pp. 61-65, February. Volume 13

"The Capital Punishment Controversy: Part I," pp. 24-28, June. Volume 13

"The Capital Punishment Controversy: Part II," pp. 35-39, November Volume 13

"After the Crash: The Passenger Response to the DC-10 Disaster" (with A. J. Lofaso) *Management Science*, 24, pp. 1125-36 (November 1983).

1984 *Interfaces* columns:

"Mea Culpa," 14, pp. 24-28, March-April Volume 14

"Hinckley and the Chemical Bath," (with I. Greenberg and R. Machol) pp. 48-52, July-August Volume 14

"Newswatch," pp. 39-43, November-December.

"Selective Incapacitation and the Philadelphia Cohort Data," (with A. J. Lofaso), *Journal of Quantitative Criminology*, Vol. 1, #1, March 1985, pp. 3-36.

"Some Distribution Patterns for the Georgia Death Sentence," *U. C. Davis Law Review* (Death Penalty Symposium), Summer 1985, pp. 1327-74.

"Model-Based U. S. Prison Population Projections," (with T. Rich) *Public Administration Review*, November 1985, pp. 780-9.

1985 *Interfaces* columns:

"The Parable of the Red Line," (with A. Sapanaro), 15 pp. 33-39 March-April.

"Birth and Death Processes," pp. 34-38, July-August. Volume 15

"Before the Fall," pp. 60-65, November-December Volume 15

"On the Optimal Allocation of Prison Space," (with A. J. Lofaso) Chapter 12 of <u>Delivery of Urban Services</u>, (TIMS series in the Management Sciences #22; A. J. Swersey, Editor), Elsevier North Holland Press, pp. 245-268 (1986).

1986 *Interfaces* columns:

"Speed Kills?" pp. 63-68, March-April. Volume 16
(This column was reviewed in *Mathematics* magazine (6/86) and was the basis of my op-ed piece "See Lightning? Shut Airports" in *The New York Times* of 6/26/86.)

"Ice Follies," pp. 91-95, July-August Volume 16

"Prison Populations: A Projection Model," *Operations Research*, 35, pp. 18-34 (1987).

"Probabilistic Models of Youthful Criminal Careers," (with A. Blumstein and D. Farrington) *Criminology*, 25, pp. 83-107 (1987).

1987 *Interfaces* columns:

"Lightning Strikes Twice," pp. 21-26, March-April  Volume 17

"High Road to Glory," November-December        Volume 17

"Review of Prediction and Criminology (ed. by Farrington and Tarling)," *International Journal of Forecasting*, June 1988.

"Thunderstorms and Aviation Safety: A Dialogue," (with R. E. Machol) *Interfaces*, 26, March-April 1988.

"Crime News," *Interfaces*, May-June 1988.

"Wind Shear: Down but not Out," *MIT Management*, Summer 1988. Volume 18

"Heroin Crackdowns and Crime Rates: A Comment on the Kleiman Report and Two Massachusetts Experiments," Chapter 3 in Street-Level Drug Enforcement: Examining the Issues, National Institute of Justice, August 1988, pp. 37-46.

"Airline Safety: The Last Decade," (with M. K. Higgins) *Management Science*, January 1989, pp. 1-21. Volume 35

"Urban Homicide: Still the Same," (with E. Schwartz), *Journal of Quantitative Criminology*, March 1989, pp. 83-100.

"The Mystery of the Two-Faced Regression," (with P. Brownell) *Interfaces*, March-April 1989, pp. 56-60. Volume 19

"A Prospective Test of a Criminal Careers Model," (with A. Blumstein and D. Farrington), *Criminology*, May 1989, pp. 373-388.

"Dealing with Autism," *Interfaces*, May-June 1989, pp. 27-32. Volume 19

"Selecting the Nation's CEO: A Risk Assessment of the Electoral College," *Journal of Managerial Issues*, 2(4), 1990  (Invited paper; aspects of this analysis were widely cited in the press during the 1988 Presidential campaign.)

"Air Safety: End of the Golden Age?" *Chance*: New Directions for Statistics and Computing, 3 (2), 1990, pp. 8-13.

"Take the Bargain and Fly," *Advancing the Consumer Interest*, April 1990. (The negative side in a debate on whether the pernicious aspects of U.S. airline deregulation outweight the economic benefits it has brought to travelers.)

"Rain Men," with H. Tress, *Interfaces*, March-April 1990.

"It's Safer to Fly," *Risk Analysis*, 11(1) March 1991 Volume 13

"Smoke Signals," (with I. Greenberg), *Interfaces*, 21(6), Nov.-Dec.1991 (Misapplications Reviews). Volume 21

"Review of Equal Justice and the Death Penalty," *Ethics,* 102(1), October 1991.

An Unfortunate Pattern in U.S. Domestic Jet Crashes," (with T. Curtis). *Flight Safety Digest*, 10(10), October 1991. (This paper was the subject of the article "Fatalities Likelier on Crowded Jets" in *The New York Times* of 11/1/91.)

"Better than Ever: Nonstop Jet Service in an Era of Hubs and Spokes," (with T. Curtis, J. Goranson, and A. Patrick), Sloan Management *Review,* 33(2), Winter 1992. (This paper was the subject of the article "Why Airline Hubs Can Be Nice" in The Economist of 2/1/92.)

"Not All Criminal Career Models Are Equally Valid," (with A. Blumstein, J. Cohen, and D. Farrington), *Criminology*, February 1992.

"The Market Response to the Sioux City DC-10 Crash," (with J. Menhigetti and M. Prete), *Risk Analysis*, March 1992.

"America's Vietnam Casualties: Victims of a Class War?" (with T. Stanley and M. Shore), *Operations Research*, September-October 1992. Volume 40  (This paper was the subject of William F. Buckley's column "Vietnam: The Poor Man's War?" written 10/28/92.)

"Experience-Outcome Relationships in Heart Transplantation," (with G. Laffel, S. Finkelstein, and M. Kaye), *New England Journal of Medicine* (October 22, 1992).

"Landings at Logan Airport: Describing and Increasing Airport Capacity," (with C. S. Venkatakrishnan and A. Odoni), *Transportation Science* (July-August 1993).

"The On-Time Machines: Some Analyses of Airline Punctuality," (with J. Caulkins, J. Goranson, P. Larkey, and Y. Yuan), *Operations Research* (July-August 1993). Volume 41

"Something Specious in the Air? Some Statistical Misconceptions in Aviation Safety Research," *Transportation Research Record* #1423, (1994)

"Models Fail," Chapter 3 in Operations Research in the Public Sector (S. Pollock, A. Barnett, and M. Rothkopf, editors), Elsevier-North Holland, 1994.

"Business Schools: Failing Fast?" *Interfaces* March - April 1994 (short piece)   Volume 24

Appendix A                                                      *CONFIDENTIAL*

"How Numbers Can Trick You: The Six Deadly Sins of Statistical Misrepresentation," *Technology Review*, October 1994 (Cover Story)

"Crime and Justice Research," (with M. Maltz) a section of Encyclopedia of Operations Research and the Management Sciences, Elsevier-North Holland 1996)

"Race, IQ, Genetics and The Bell Curve," *OR/MS Today*, February 1995

"Jail Terms," *Interfaces*, March - April 1995 (Misapplications Reviews) Volume 25

"How Safe is This Flight?" *Newsweek*, 4/24/95 (I prepared the statistical tables that appeared in the article.)

"Good News is No News?" (with J. Goranson) *Interfaces* (May-June 1996) Volume 26

Review of the book A Mathematician Reads the Newspaper, *Technology Review* (Feb.-March 1996)

"Valujet and Travel Safety," report contained within written testimony of Valujet President Lewis Jordan to Transportation and Infractstructure Committee, U.S. House of Representatives, June 1996. (This report was also presented to the U.S. Senate, to the U.S. Department of Transportation, and to the Circuit Court of Appeals for the District of Columbia.)

"The Affirmative Action Debate," *OR/MS Today*, August 1996.

"Beauty and the Beast: A Visit to South Africa," *ROI*, October 1996

"Safety in Numbers: Some Statistics about Plane Crashes and Their Consequences," Proceedings of the International Conference on Aviation Safety and Security in the 21st Century, sponsored by the White House Commission on Aviation Safety and Security, January 1997

Review of Efficiency of Racetrack Betting Markets, *Interfaces* (Jan-Feb 1997) Volume 27

Review of Cartographies of Danger, *Technology Review*, October 1997

"The Feline Great Mystery," (electronic presentation for high-school math students) at:

http://morning-star.mit.edu/felinegreat

"Some Ultimate Risks," (electronic presentation for college students under the CHANCE project of the National Science Foundation), at:

http://www.dartmouth.edu/~chance/
Chance Lecture/RIEL

"The Patron Saint of Operations Research," (testimonial) *OR/MS TODAY*, June 1998

"A Hero is Nothing but Bob Machol," (testimonial) *OR/MS TODAY,* February 1999

"A Parallel Approach Path for Estimating Collision Risk During Simultaneous Landings", *Management Science,* March 1999, Volume 45

Review of Misused Statistics, *Chance*, March 2000, Volume 14

"Airline Safety: The Recent Record," (with A. Wang), *Flight Safety Digest,* April 2000. (This paper was the subject of my op-ed piece: "Flying? No Point in Trying to Beat the Odds." In *The Wall Street Journal* on 9/9/98.)

Review of Capital Punishment: A Reader, *Ethics*, July 2000

Foreword to Understanding Aviation Safety Data, (SAE, 2000)

"It's a Crime What Some People Do with Statistics," *The Wall Street Journal* (op-ed), August 30, 2000.

"Free-Flight and En Route Air Safety: A First-Order Analysis", *Operations Research*, November-December 2000, Volume 48

"Fatal US Runway Collisions Over the Next Two Decades," (with G. Paull and J. Iaedeluca) *Air Traffic Control Quarterly*, 8(4), 2000

"The Cost of Cancer to a Major Employer," with P. Cremieux and M. Slavin, *American Journal of Managed Care*, November 2000

"Safe at Home? An Experiment in Domestic Airline Security." (with R. Shumsky, M. Hansen, A. Odoni and G. Gosling, *Operations Research*, March-April 2001, Volume 49

"Air Safety?: End of the Golden Age?," *Journal of the Operational Research* Society, August 2001, Volume 52. (This paper is based on the year 2000 Blackett Memorial Lecture, which I presented in November 2000 at the Royal Aeronautical Society in London.)

"The Worst Day Ever: September 11 and Commercial Aviation," OR/MS TODAY, December 2001

"Anemia-Related Costs for Cancer Patients," with P. Cremieux, A.M. Fendrick, M. George, and M. Slavin, *Journal of Managed Care Medicine* 2001, 5 (12)

"Bag Match: At Last," *Congressional Record*, 1/23/02 (testimony to House Aviation Subcommittee, US House of Representatives)

"A New Approach to Estimating the Probability of Winning the Presidency," (with E. Kaplan), *Operations Research* January-February 2003, Volume 51

"Trust No One at the Airport," *OR/MS TODAY,* February 2003 ("Last Word" column)

"Dose Conversion from Epoetin alfa to Darbepoetin alfa for Patients with Chronic Kidney Disease Receiving Hemodialysis" (with P. Cremieux), *Pharmacotherapy*, Spring 2003

"Aviation Security's False Hope?" *MIT Technology Insider*, May 2003 (and *TechnologyReview.com* August 2003)

"Terror is In the Air," (with S. Martonosi), *Chance*, (American Statistical Association) Spring 2004 Volume 18

"CAPPS II: The Foundation of Aviation Security?" *Risk Analysis* (August, 2004) Volume 24

"Assessing the Effectiveness of Aviation Safety Measures in the Absence of Actual Data," (with G. Paull), *Air Traffic Control Quarterly* (Fall, 2004) Volume 12

"World Airline Safety: The Century So Far," *Flight Safety Digest* (January-February 2006) Volume 33

"O.R. Heroes on Flight 93," OR/MS TODAY, August 2006

***Applied Statistics for Clinical Researchers,*** Web course for medical doctors, funded by Pfizer and Merck for worldwide distribution. Final version released in August 2006. (The link is http://hstelearning.mit.edu/appstats/; anyone can register and get access.)

"Airlines as Baseball Players: Another Approach to Evaluating Air Carrier Safety Records," (with D. Czerwinski), *Management Science,* September 2006, Volume 52

"How Effective is Security Screening for Airline Passengers?" (with S. Martonosi), *Interfaces* (Special Issue on Homeland Security), November-December 2006, Volume 36

"A Cure for the Electoral College?" (with E. Kaplan), *Chance* (American Statistical Association), Spring 2007, Volume 20

(This paper was excerpted in the op-ed piece of the same name in the *San Diego Union Tribune* of May 17, 2009, as part of a web-page debate.)

"Match the Bags Again," *Airport Innovation*, April 2007 (inaugural issue)

"Measure for Measure: An Analysis of Aviation-Safety Metrics," *AeroSafety World* (Flight Safety Foundation), (November 2007)

"Is It Really Safe To Fly?" Chapter 2 in *Tutorials in Operations Research 2008*, (Institute for Operations Research and the Management Sciences)

Aviation Safety and Security," Chapter 11 in *The Global Airline Industry* (P. Belobaba, A. Odoni, and C. Barnhard, editors), pp. 313-342, John Wiley & Sons (2009)

"Selecting the Nation's CEO: A Risk Assessment of the Electoral College," *Journal of Managerial Issues,* pp. 447-460, 21(4) ,Winter 2009 (This article was reprinted as part of a

tribute to the Founding Editor on his retirement: He selected his seven favorite articles from those published by the journal in the last twenty years.)

"Use Body Scan Machines," invited contribution to "What's Missing in Aviation Security?" Room for Debate Blog, *The New York Times*, 12/28/09

"Cross-National Differences in Aviation Safety Records," *Transportation Science,* 44(3), pp. 322-332, August 2010   (This paper was summarized in 30+ newspapers around the world.)

"Resist the Complainers," invited contribution to "Do Body Scanners Make Us Safer?," Room for Debate Blog, *The New York Times*, 11/23/10

"Aviation Safety and Security," *Wiley Encyclopedia of Operations Research and the Management Sciences*, March 2011   (This article is not the same as the one with the same title above.)

"Southwest Jet Rupture and Flight Risk," *CNN Opinion*, April 4, 2011.

"US Urban Homicide: Yesterday's Crisis?" submitted for publication.

"Collision Course?  The North Airfield Safety Study at Los Angeles International Airport" (with M. Ball, G. Donohue, M. Hansen, A. Odoni, and A. Trani), submitted for publication.   (This paper is a succinct version of the North Airfield Safety Study at Los Angeles International Airport (LAX), which was prepared by a Panel that I chaired.  The full report is available at the LAX website.)

*Applied Probability and Statistics,* a textbook to be published by John Wiley and Sons.   The full manuscript is due in 2012 for publication in 2013.  The prospectus implied that the book is appropriate for…well, everyone.

### Legal Testimony in Recent Years

"Schick vs. Gillette"
Manatt, Phelps and Phillips (New York)
Nature of Case: Accuracy of advertising
Role:  Expert Witness, Deposition, Testimony, 2005-06

"Key Bank vs. Swiss Re"
Federal Matter
Sonnenschein, Nath, and Rosenthal/Simpson, Thacher, and Bartlett (New York)
Nature of Case:  Resale Insurance for Used Cars
Role: Expert Witness, Deposition, 2005-07

"Old Banc One Shareholders Security Litigation"
Federal Matter
Winston and Strawn (Chicago)

Nature of Case:  Consequences of Processing Delays for Credit Card Payments
Role: Expert Witness, Deposition, 2004-07

"Cessna 208 Series Aircraft Product Liabilities Litigation"
Federal Matter
Morrison and Forester (San Diego)
Nature of Case:  Alleged Safety Issues with Cessna 208 in Icing Conditions"
Role:  Expert Witness, Affidavit, Deposition, 2007-08

"Intel Corporation Microprocessor Antitrust Litigation"
Federal Matter
Howrey (Washington DC), Bingham McCutchen (San Francisco)
Nature of Case:  Alleged Anticompetitive Behavior by Intel
Role:  Expert Witness, Declaration, Deposition 2009-2010

"U.S. Department of Justice v. Massachusetts Department of Correction"
Federal Matter
Office of the Attorney General, Commonwealth of Massachusetts
Nature of Case:  Alleged gender discrimination in testing for
Correction Officers
Role:   Expert Reports, Deposition, 2010

"Countrywide vs. Republic Mortgage Insurance Company,"
American Arbitration Association
Reed Smith (Chicago)
Nature of Case:  Default Risk in Mortgage Loans
Role:  Expert Report, Deposition, Testimony, 2012