## Appendix B – Materials Relied Upon

### Data Sources Provided by Counsel
- 01-24 MARM07-1 Final Loan Tape G1.csv
- 01-26 MARM07-1 Final Loan Tape G2.csv
- 12-28 FINAL MARM07-1 DELOITTE EXPORT.CSV
- ARSI2006-W3- Final Population.csv
- FINAL MARM06-1 INVESTOR EXPORT.CSV
- MABS05-HE2_Deloitte Loan Level.csv
- MABS2005-FRE1_Prosup_Investor Tape_112205.csv
- MAMR05-8 ext data.csv

### Legal Filings
- *Federal Housing Finance Agency, et al. v. UBS Americas Inc., et al.*, Declaration of Dr. Christopher M. James, United States District Court Southern District of New York, No. 11 Civ. 05201 (DLC), June 6, 2012.
- *Federal Housing Finance Agency, et al. v. UBS Americas Inc., et al.*, Plaintiff FHFA's Proposed Sampling Protocol, United States District Court Southern District of New York, No. 11 Civ. 05201 (DLC), February 29, 2012.
- *Federal Housing Finance Agency, et al. v. UBS Americas Inc., et al.*, Second Amended Complaint, United States District Court Southern District of New York, No. 11 Civ. 05201 (DLC), December 21, 2011.
- *MBIA Insurance Corporation v. Countrywide Home Loans, Inc., et al.*, Affidavit of Dr. Charles D. Cowan in Further Support of Plaintiff's Motion *in Limine* Regarding Sampling, Supreme Court of the State of New York, County of New York, No. 08/602825, July 26, 2010.

### Other Publications
- "Quality Control Best Practices," Freddie Mac, October 2011.

### SEC Filings
- ARSI 2006-W3 Prospectus Supplement, dated March 15, 2006.
- CWHEQ 2005-A Prospectus Supplement, dated February 18, 2005.
- CWHEQ 2005-E Prospectus Supplement, dated August 26, 2005.
- CWHEQ 2005-I Prospectus Supplement, dated December 22, 2005.
- CWHEQ 2005-M Prospectus Supplement, dated December 27, 2005.
- HEAT 2007-2 Prospectus Supplement, dated March 30, 2007.
- FHLT 2006-B Prospectus Supplement, dated August 3, 2006.
- INABS 2005-C Prospectus Supplement, dated September 26, 2005.
- INABS 2005-D Prospectus Supplement, dated December 20, 2005.
- INABS 2006-D Prospectus Supplement, dated September 7, 2006.
- INABS 2007-A Prospectus Supplement, dated March 13, 2007.
- MABS 2005-FRE1 Prospectus Supplement, dated November 23, 2005.
- MABS 2005-HE2 Prospectus Supplement, dated September 28, 2005.

- MABS 2005-WF1 Prospectus Supplement, dated September 26, 2005.
- MABS 2006-FRE2 Prospectus Supplement, dated May 4, 2006.
- MABS 2006-NC2 Prospectus Supplement, dated August 21, 2006.
- MABS 2006-NC3 Prospectus Supplement, dated December 8, 2006.
- MABS 2006-WMC2 Prospectus Supplement, dated June 1, 2006.
- MABS 2006-WMC3 Prospectus Supplement, dated September 12, 2006.
- MABS 2006-WMC4 Prospectus Supplement, dated November 3, 2006.
- MABS 2007-HE2 Prospectus Supplement, dated August 24, 2007.
- MABS 2007-WMC1 Prospectus Supplement, dated February 12, 2007.
- MARM 2005-8 Prospectus Supplement, dated December 28, 2005.
- MARM 2006-2 Prospectus Supplement, dated April 12, 2006.
- MARM 2006-OA1 Prospectus Supplement, dated April 19, 2006.
- MARM 2007-1 Prospectus Supplement, dated January 16, 2007.
- MARM 2007-3 Prospectus Supplement, dated May 14, 2007.

### Textbooks
- Rice, John A. *Mathematical Statistics and Data Analysis*, Second Edition, Duxbury Press, 1995.
- Thompson, Steven K., *Sampling*, Third Edition, John Wiley & Sons, 2012.

### Third-Party Data Sources
- ABSNet Loan data as of May 2012.

### Websites
- "Election 2012 Trial Heat: Obama vs. Romney," Gallup Daily, available at <http://www.gallup.com/poll/150743/Obama-Romney.aspx>.
- "Obama Job Approval," Gallup Daily, available at <http://www.gallup.com/poll/113980/Gallup-Daily-Obama-Job-Approval.aspx>.