CONFIDENTIAL



Exhibit 1a: UBS Categorical Distribution by Relevant Loan Pool: Originator (Top 20)

Notes:
[1] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan performance data (as of September 2011). The "Prime," "Alt-A," "Subprime," and "Neg-Am" classifications are based on the ABSNet loan variable "AssetClass." The loan tape files provided by Counsel (for ARSI 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.
[2] The Prospectus Supplement was used to determine that all loans in the relevant loan pools were originated by the same originator for ARSI 2006-W3, FHLT 2006-B, INABS 2005-C, INABS 2005-D, INABS 2006-D, INABS 2007-A, MABS 2005-FRE1, MABS 2006-FRE2, MABS 2006-NC3, MABS 2006-WMC2, MABS 2006-WMC3, MABS 2006-WMC4, MABS 2005-WF1, and MABS 2007-WMC1.

Sources:
[1] ABSNet Loan data as of May 2012.
[2] Loan tape data provided by Counsel.
[3] Prospectus Supplements of at-issue Relevant Loan Pools.

CONFIDENTIAL



Exhibit 1b: UBS Continuous Distribution by Relevant Loan Pool: FICO Score

CONFIDENTIAL

# Exhibit 1c: UBS Continuous Distribution by Relevant Loan Pool: LTV



Notes:
[1] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan performance data (as of September 2011). The "Prime," "Alt-A," "Subprime," and "Neg-Am" classifications are based on the ABSNet loan variable "Asset Class." The loan tape files provided by Counsel for ARSI 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.
[2] The Inter-Quartile Range is the range of values between the 25th and 75th percentiles in the sample.

Sources:
[1] ABSNet Loan data as of May 2012.
[2] Loan tape data provided by Counsel

CONFIDENTIAL



Exhibit 1d: UBS Categorical Distribution by Relevant Loan Pool: Documentation Type

Notes:
[1] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan performance data (as of September 2011). The "Prime," "Alt-A," "Subprime," and "Neg-Am" classifications are based on the ABSNet loan variable "AssetClass." The loan tape files provided by Counsel (for ARSI 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.

Sources:
[1] ABSNet Loan data as of May 2012.
[2] Loan tape data provided by Counsel.



Exhibit 1e: UBS Categorical Distribution by Relevant Loan Pool: Occupancy Type

Notes:
[1] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan performance data (as of September 2011). The "Prime," "Alt-A," "Subprime," and "Neg-Am" classifications are based on the ABSNet loan variable "AssetClass." The loan tape files provided by Counsel for ARSI 2006-W3, MABS 2005-WF1, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.

Sources:
[1] ABSNet Loan data as of May 2012.
[2] Loan tape data provided by Counsel



Exhibit 1f: UBS Categorical Distribution by Relevant Loan Pool: Loan Status

CONFIDENTIAL



Exhibit 1g: UBS Categorical Distribution by Relevant Loan Pool: Geography

Notes:
[1] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan performance data (as of September 2011). The "Prime," "Alt-A," "Subprime," and "Neg-Am" classifications are based on the ABSNet loan variable "AssetClass." The loan tape files provided by Counsel for ARSI 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.

Sources:
[1] ABSNet Loan data as of May 2012.
[2] Loan tape data provided by Counsel.

CONFIDENTIAL



Exhibit 1h: UBS Categorical Distribution by Relevant Loan Pool: Loan Purpose

Notes:
[1] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan performance data (as of September 2011). The "Prime," "Alt-A," "Subprime," and "Neg-Am" classifications are based on the ABSNet loan variable "AssetClass." The loan tape files provided by Counsel for ARS1 2006-W3, MABS 2005-W3, MABS 2005-FRE1, MABS 2006-W3, MARM 2005-HE2, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.

Sources:
[1] ABSNet Loan data as of May 2012
[2] Loan tape data provided by Counsel.