CONFIDENTIAL

Exhibit 2

## Hypothetical Clusters per Plaintiff Proposed Sampling Protocol

| Relevant Loan Pool | Named Originator(s)[1] | Vintage Year[2] | Number of Clusters | |
|---|---|---|---|---|
| | | | [A] Based on Originator[3] | [B] Based on Originator and Vintage Year |
| MARM 2006-OA1 (2-A-1) | American Home (89.3%) | 2006 | 1 | 1 |
| MARM 2007-1 (IIA) | American Home (91.6%), IndyMac (6.4%) | 2007 | 1 | 2 |
| ARSI 2006-W3 (A1) | Argent (100%) | 2006 | 2 | 3 |
| MARM 2005-8 (2-A-1) | Countrywide (42.9%) | 2005 | 3 | 4 |
| MARM 2005-8 (3-A-1) | Countrywide (90.4%) | 2005 | 3 | 4 |
| MARM 2007-3 (1-1A1 and 1-1A2) | Countrywide (58.8%), IndyMac (30.3%) | 2007 | 3 | 5 |
| MARM 2007-3 (2-1A1 and 2-1A2) | Countrywide (55.2%), IndyMac (34.9%) | 2007 | 3 | 5 |
| MABS 2005-FRE1 (A-1) | Fremont (100%) | 2005 | 4 | 6 |
| MABS 2006-FRE2 (A-1) | Fremont (100%) | 2006 | 4 | 7 |
| FHLT 2006-B (1A) | Fremont (100%) | 2006 | 4 | 7 |
| INABS 2005-C (AII) | IndyMac (100%) | 2005 | 5 | 8 |
| INABS 2005-D (AII) | IndyMac (100%) | 2005 | 5 | 8 |
| INABS 2006-D (1A) | IndyMac (100%) | 2006 | 5 | 9 |
| INABS 2007-A (1A) | IndyMac (100%) | 2007 | 5 | 10 |
| MABS 2005-HE2 (A-1) | MILA (53.8%), New Century (44.3%) | 2005 | 6 | 11 |
| MABS 2006-NC2 (A-1) | New Century (100%) | 2006 | 7 | 12 |
| MABS 2006-NC3 (A-1) | New Century (100%) | 2006 | 7 | 12 |
| MABS 2007-HE2 (A-1) | Option One (57.6%), Fieldstone (32.3%) | 2007 | 8 | 13 |
| MARM 2006-2 (2-A-1) | Provident (77.7%), Wells Fargo (14.8%) | 2006 | 9 | 14 |
| MABS 2005-WF1 (A-1A) | Wells Fargo (100%) | 2005 | 10 | 15 |
| MABS 2006-WMC2 (A-1) | WMC (100%) | 2006 | 11 | 16 |
| MABS 2006-WMC3 (A-1) | WMC (100%) | 2006 | 11 | 16 |
| MABS 2006-WMC4 (A-1 and A-2) | WMC (100%) | 2006 | 11 | 16 |
| MABS 2007-WMC1 (A-1) | WMC (100%) | 2007 | 11 | 17 |
| Total | | | 11 | 17 |

Notes:

[1] Percentages in "Originator" column correspond to the percentage of loans in the Relevant Loan Pool that are originated by that originator.

[2] "Vintage Year" is the year that the Relevant Loan Pool was securitized.

[3] The cluster is grouped by common originators that originated the greatest percentage of loans in the Relevant Loan Pools.

[4] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan counts. The loan tape files provided by Counsel for ARSI 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.

[5] The Prospectus Supplement was used to determine that all loans in the relevant loan pools were originated by the same originator for ARSI 2006-W3, FHLT 2006-B, INABS 2005-C, INABS 2005-D, INABS 2006-D, INABS 2007-A, MABS 2005-FRE1, MABS 2006-FRE2, MABS 2006-NC2, MABS 2006-NC3, MABS 2006-WMC2, MABS 2006-WMC3, MABS 2006-WMC4, MABS 2005-WF1, and MABS 2007-WMC1.

Sources:

[1] ABSNet Loan data as of May 2012.

[2] Loan tape data provided by Counsel.

[3] Prospectus supplements of at-issue Relevant Loan Pools.