CONFIDENTIAL

## Exhibit 3
## Relevant Loan Pools in Hypothetical Clusters Per Plaintiff Proposed Sampling Protocol
## Clusters With More Than One Relevant Loan Pool

| Variable | Category | CLUSTER 1 | | CLUSTER 2 | |
|---|---|---|---|---|---|
| | | MARM 2005-8 (2-A-1) | MARM 2005-8 (3-A-1) | MARM 2007-3 (1-1A1 and 1-1A2) | MARM 2007-3 (2-1A1 and 2-1A2) |
| Total Number of Loans | | 2,435 | 835 | 2,154 | 785 |
| Named Originator (First) | | Countrywide Home Loans | Countrywide Home Loans | Countrywide Home Loans | Countrywide Home Loans |
| Vintage | | 2005 | 2005 | 2007 | 2007 |
| FICO Score | Mean | 721 | 715 | 706 | 695 |
| CLTV | Mean | 86.5% | 83.0% | 81.9% | 74.6% |
| LTV | Mean | 75.6% | 75.4% | 77.5% | 72.9% |
| Loan Origination Date | Median | 09/29/2005 | 09/22/2005 | 01/16/2007 | 01/17/2007 |
| Loan Status | Current | 28.3% | 33.4% | 30.1% | 32.9% |
| | Default | 28.4% | 34.8% | 51.3% | 46.1% |
| | Prepaid | 43.3% | 31.8% | 18.6% | 21.0% |
| Documentation Type | Full | 5.6% | 0.1% | 14.3% | 7.3% |
| | Alternative | 12.6% | 0.0% | 0.0% | 0.0% |
| | Low/Other | 81.8% | 99.9% | 85.7% | 92.7% |
| Occupancy Type | Owner Occupied | 62.6% | 71.1% | 77.9% | 73.4% |
| | Non-Owner | 27.5% | 18.8% | 17.1% | 16.2% |
| | 2nd Home | 9.9% | 10.1% | 5.0% | 10.4% |
| Property Type | Single Family/Townhouse | 50.8% | 45.5% | 60.2% | 72.7% |
| | PUD | 26.5% | 21.8% | 14.9% | 16.4% |
| | 2-4 Unit | 7.6% | 6.7% | 9.3% | 4.3% |
| | Condominium/Hi-Rise | 15.1% | 26.0% | 15.6% | 6.5% |
| | Other | 0.1% | 0.0% | 0.0% | 0.0% |
| Originators | American Home Mortgage | 19.0% | 0.0% | 0.0% | 0.0% |
| | Chevy Chase Bank | 0.0% | 0.0% | 5.0% | 9.9% |
| | Countrywide Home Loans | 42.9% | 90.4% | 58.8% | 55.2% |
| | First Horizon | 16.6% | 0.0% | 0.0% | 0.0% |
| | Fremont Investment & Loan | 0.0% | 0.0% | 0.0% | 0.0% |
| | IndyMac Bank, F.S.B | 1.4% | 0.0% | 30.3% | 34.9% |
| | New Century Mortgage Corp. | 0.0% | 0.0% | 0.0% | 0.0% |
| | Residential Funding Corp | 0.0% | 0.0% | 5.9% | 0.0% |
| | WMC Mortgage Corp. | 0.0% | 0.0% | 0.0% | 0.0% |
| | Other[1] | 2.2% | 0.1% | 0.0% | 0.0% |
| | Missing | 17.9% | 9.5% | 0.0% | 0.0% |
| Loan Purpose | Purchase | 74.3% | 68.9% | 28.1% | 15.8% |
| | Refinance - Cash-Out | 18.4% | 22.4% | 55.9% | 73.4% |
| | Refinance - Rate | 7.2% | 8.7% | 16.0% | 10.8% |
| | Other | 0.0% | 0.0% | 0.0% | 0.0% |
| Geographic Distribution | AZ, CA, FL, or NV | 42.4% | 64.9% | 56.5% | 69.0% |

Notes:

[1] Includes originators that make up less than 5 percent of any Relevant Loan Pool.

[2] The percent values for all variables except "Originator" represent the percent of loans with non-missing values. No Relevant Loan Pool is missing more than 3.2 percent of values for any one variable except for "Originator." The percent values for the "Originator" variable represent the percent of all loans in the Relevant Loan Pool, including loans for which originator is missing.

[3] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan performance data (as of September 2011). The "Prime," "Alt-A," "Subprime," and "Neg-Am" classifications are based on the ABSNet loan variable "AssetClass." The loan tape files provided by Counsel for ARS1 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.

[4] The Prospectus Supplement was used to determine that all loans in the relevant loan pools were originated by the same originator for ARS1 2006-W3, FHLT 2006-B, INABS 2005-C, INABS 2005-D, INABS 2006-D, INABS 2007-A, MABS 2005-FRE1, MABS 2006-FRE2, MABS 2006-NC2, MABS 2006-NC3, MABS 2006-WMC2, MABS 2006-WMC3, MABS 2006-WMC4, MABS 2005-WF1, and MABS 2007-WMC1.

Sources:

[1] ABSNet Loan data as of May 2012.

[2] Loan tape data provided by Counsel.

[3] Prospectus Supplement of at-issue Relevant Loan Pools.

CONFIDENTIAL

## Exhibit 3
## Relevant Loan Pools in Hypothetical Clusters Per Plaintiff Proposed Sampling Protocol
## Clusters With More Than One Relevant Loan Pool

| Variable | Category | CLUSTER 3 | | CLUSTER 4 | |
|---|---|---|---|---|---|
| | | MABS 2006-FRE2 (A-1) | FHLT 2006-B (1A) | INABS 2005-C (AII) | INABS 2005-D (AII) |
| Total Number of Loans | | 1,456 | 1,457 | 1,999 | 2,529 |
| Named Originator (First) | | Fremont Investment & Loan | Fremont Investment & Loan | IndyMac Bank, F.S.B | IndyMac Bank, F.S.B |
| Vintage | | 2006 | 2006 | 2005 | 2005 |
| FICO Score | Mean | 618 | 626 | 608 | 615 |
| CLTV | Mean | 89.2% | 92.2% | 83.6% | 85.9% |
| LTV | Mean | 66.0% | 64.8% | 78.5% | 78.7% |
| Loan Origination Date | Median | 12/23/2005 | 06/06/2006 | 08/09/2005 | 10/12/2005 |
| Loan Status | Current | 12.5% | 21.0% | 19.3% | 17.1% |
| | Default | 43.5% | 53.8% | 30.9% | 38.1% |
| | Prepaid | 43.9% | 25.2% | 49.8% | 44.8% |
| Documentation Type | Full | 64.3% | 68.9% | 64.9% | 59.3% |
| | Alternative | 0.0% | 0.0% | 0.0% | 0.0% |
| | Low/Other | 35.7% | 31.1% | 35.1% | 40.7% |
| Occupancy Type | Owner Occupied | 91.1% | 92.5% | 93.4% | 92.6% |
| | Non-Owner | 8.2% | 6.0% | 5.3% | 6.5% |
| | 2nd Home | 0.7% | 1.5% | 1.3% | 0.9% |
| Property Type | Single Family/Townhouse | 81.5% | 85.2% | 77.2% | 74.2% |
| | PUD | 1.4% | 0.0% | 10.6% | 13.8% |
| | 2-4 Unit | 9.1% | 7.3% | 5.6% | 4.5% |
| | Condominium/Hi-Rise | 8.0% | 7.5% | 6.7% | 7.5% |
| | Other | 0.0% | 0.0% | 0.0% | 0.0% |
| Originators | American Home Mortgage | 0.0% | 0.0% | 0.0% | 0.0% |
| | Chevy Chase Bank | 0.0% | 0.0% | 0.0% | 0.0% |
| | Countrywide Home Loans | 0.0% | 0.0% | 0.0% | 0.0% |
| | First Horizon | 0.0% | 0.0% | 0.0% | 0.0% |
| | Fremont Investment & Loan | 100.0% | 100.0% | 0.0% | 0.0% |
| | IndyMac Bank, F.S.B | 0.0% | 0.0% | 100.0% | 100.0% |
| | New Century Mortgage Corp. | 0.0% | 0.0% | 0.0% | 0.0% |
| | Residential Funding Corp | 0.0% | 0.0% | 0.0% | 0.0% |
| | WMC Mortgage Corp. | 0.0% | 0.0% | 0.0% | 0.0% |
| | Other[1] | 0.0% | 0.0% | 0.0% | 0.0% |
| | Missing | 0.0% | 0.0% | 0.0% | 0.0% |
| Loan Purpose | Purchase | 43.0% | 53.6% | 28.4% | 46.8% |
| | Refinance - Cash-Out | 41.7% | 41.9% | 65.4% | 48.6% |
| | Refinance - Rate | 1.4% | 2.2% | 6.2% | 4.6% |
| | Other | 13.9% | 2.3% | 0.0% | 0.0% |
| Geographic Distribution | AZ, CA, FL, or NV | 21.2% | 27.4% | 22.7% | 25.7% |

Notes:

[1] Includes originators that make up less than 5 percent of any Relevant Loan Pool.

[2] The percent values for all variables except "Originator" represent the percent of loans with non-missing values. No Relevant Loan Pool is missing more than 3.2 percent of values for any one variable except for "Originator." The percent values for the "Originator" variable represent the percent of all loans in the Relevant Loan Pool, including loans for which originator is missing.

[3] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan performance data (as of September 2011). The "Prime," "Alt-A," "Subprime," and "Neg-Am" classifications are based on the ABSNet loan variable "AssetClass." The loan tape files provided by Counsel for ARSI 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.

[4] The Prospectus Supplement was used to determine that all loans in the relevant loan pools were originated by the same originator for ARSI 2006-W3, FHLT 2006-B, INABS 2005-C, INABS 2005-D, INABS 2006-D, INABS 2007-A, MABS 2005-FRE1, MABS 2006-FRE2, MABS 2006-NC2, MABS 2006-NC3, MABS 2006-WMC2, MABS 2006-WMC3, MABS 2006-WMC4, MABS 2005-WF1, and MABS 2007-WMC1.

Sources:

[1] ABSNet Loan data as of May 2012.

[2] Loan tape data provided by Counsel.

[3] Prospectus Supplement of at-issue Relevant Loan Pools.

*CONFIDENTIAL*

**Exhibit 3**
**Relevant Loan Pools in Hypothetical Clusters Per Plaintiff Proposed Sampling Protocol**
**Clusters With More Than One Relevant Loan Pool**

| Variable | Category | CLUSTER 5 | | CLUSTER 6 | | |
|---|---|---|---|---|---|---|
| | | MABS 2006-NC2 (A-1) | MABS 2006-NC3 (A-1) | MABS 2006-WMC2 (A-1) | MABS 2006-WMC3 (A-1) | MABS 2006-WMC4 (A-1 and A-2) |
| Total Number of Loans | | 1,331 | 1,709 | 2,068 | 1,239 | 1,671 |
| Named Originator (First) | | New Century Mortgage Corp. | New Century Mortgage Corp. | WMC Mortgage Corp. | WMC Mortgage Corp. | WMC Mortgage Corp. |
| Vintage | | 2006 | 2006 | 2006 | 2006 | 2006 |
| FICO Score | Mean | 617 | 618 | 633 | 641 | 632 |
| CLTV | Mean | 88.2% | 90.0% | 93.6% | 97.4% | 92.4% |
| LTV | Mean | 71.1% | 69.7% | 58.9% | 59.9% | 59.8% |
| Loan Origination Date | Median | 05/08/2006 | 08/09/2006 | 02/09/2006 | 05/12/2006 | 06/26/2006 |
| Loan Status | Current | 21.9% | 28.4% | 11.8% | 21.8% | 21.7% |
| | Default | 48.0% | 49.9% | 57.3% | 58.7% | 60.4% |
| | Prepaid | 30.1% | 21.8% | 30.9% | 19.5% | 18.0% |
| Documentation Type | Full | 60.1% | 63.3% | 37.9% | 31.6% | 37.5% |
| | Alternative | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | Low/Other | 39.9% | 36.7% | 62.1% | 68.4% | 62.5% |
| Occupancy Type | Owner Occupied | 78.4% | 87.4% | 95.6% | 94.3% | 91.4% |
| | Non-Owner | 14.1% | 8.0% | 1.3% | 0.7% | 1.4% |
| | 2nd Home | 7.4% | 4.7% | 3.2% | 5.0% | 7.2% |
| Property Type | Single Family/Townhouse | 74.2% | 75.0% | 69.0% | 68.4% | 67.6% |
| | PUD | 11.6% | 13.6% | 13.4% | 14.0% | 12.9% |
| | 2-4 Unit | 6.5% | 4.4% | 6.0% | 5.1% | 4.7% |
| | Condominium/Hi-Rise | 7.6% | 7.0% | 11.6% | 12.5% | 14.7% |
| | Other | 0.0% | 0.1% | 0.0% | 0.0% | 0.0% |
| Originators | American Home Mortgage | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | Chevy Chase Bank | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | Countrywide Home Loans | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | First Horizon | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | Fremont Investment & Loan | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | IndyMac Bank, F.S.B | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | New Century Mortgage Corp. | 100.0% | 100.0% | 0.0% | 0.0% | 0.0% |
| | Residential Funding Corp | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | WMC Mortgage Corp. | 0.0% | 0.0% | 100.0% | 100.0% | 100.0% |
| | Other[1] | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | Missing | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Loan Purpose | Purchase | 44.8% | 41.2% | 63.7% | 63.4% | 49.7% |
| | Refinance - Cash-Out | 45.0% | 46.8% | 34.9% | 35.0% | 46.6% |
| | Refinance - Rate | 10.2% | 12.1% | 1.4% | 1.6% | 3.7% |
| | Other | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Geographic Distribution | AZ, CA, FL, or NV | 33.8% | 28.6% | 36.7% | 26.2% | 31.8% |

Notes:
[1] Includes originators that make up less than 5 percent of any Relevant Loan Pool.
[2] The percent values for all variables except "Originator" represent the percent of loans with non-missing values. No Relevant Loan Pool is missing more than 3.2 percent of values for any one variable except for "Originator." The percent values for the "Originator" variable represent the percent of all loans in the Relevant Loan Pool, including loans for which originator is missing.
[3] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan performance data [as of September 2011]. The "Prime," "Alt-A," "Subprime," and "Neg-Am" classifications are based on the ABSNet loan variable "AssetClass." The loan tape files provided by Counsel for ARSI 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.
[4] The Prospectus Supplement was used to determine that all loans in the relevant loan pools were originated by the same originator for ARSI 2006-W3, FHLT 2006-B, INABS 2005-C, INABS 2005-D, INABS 2006-D, INABS 2007-A, MABS 2005-FRE1, MABS 2006-FRE2, MABS 2006-NC2, MABS 2006-NC3, MABS 2006-WMC2, MABS 2006-WMC3, MABS 2006-WMC4, MABS 2005-WF1, and MABS 2007-WMC1.

Sources:
[1] ABSNet Loan data as of May 2012.
[2] Loan tape data provided by Counsel.
[3] Prospectus Supplement of at-issue Relevant Loan Pools.