CONFIDENTIAL

Exhibit 4

Required Sample Sizes to Estimate Breach Rates, Shown by Relevant Loan Pool

| | | Number of Loans in Population | Required Sample Size | | |
|---|---|---|---|---|---|
| | | | ± 2 Percentage Point Margin of Error[1] | ± 3 Percentage Point Margin of Error[1] | ± 5 Percentage Point Margin of Error[1] |
| ARSI 2006-W3 | A1 | 4,348 | 1,548 | 858 | 354 |
| FHLT 2006-B | 1A | 1,457 | 908 | 617 | 305 |
| INABS 2005-C | All | 1,999 | 1,092 | 697 | 324 |
| INABS 2005-D | All | 2,529 | 1,233 | 752 | 335 |
| INABS 2006-D | 1A | 1,353 | 866 | 598 | 300 |
| INABS 2007-A | 1A | 1,927 | 1,070 | 688 | 322 |
| MABS 2005-FRE1 | A1 | 3,331 | 1,396 | 809 | 346 |
| MABS 2005-HE2 | A-1 | 2,086 | 1,473 | 1,082 | 596 |
| MABS 2005-WF1 | A-1A | 2,538 | 1,235 | 752 | 335 |
| MABS 2006-FRE2 | A-1 | 1,456 | 907 | 617 | 305 |
| MABS 2006-NC2 | A-1 | 1,331 | 857 | 593 | 299 |
| MABS 2006-NC3 | A-1 | 1,709 | 999 | 658 | 315 |
| MABS 2006-WMC2 | A-1 | 2,068 | 1,112 | 705 | 325 |
| MABS 2006-WMC3 | A-1 | 1,239 | 818 | 574 | 295 |
| MABS 2006-WMC4 | A-1 and A-2 | 1,671 | 986 | 652 | 314 |
| MABS 2007-HE2 | A-1 | 1,502 | 1,185 | 947 | 592 |
| MABS 2007-WMC1 | A-1 | 1,841 | 1,043 | 677 | 319 |
| MARM 2005-8 | 2-A-1 | 2,435 | 1,610 | 1,134 | 584 |
| MARM 2005-8 | 3-A-1 | 835 | 653 | 518 | 323 |
| MARM 2006-2 | 2-A-1 | 412 | 374 | 336 | 258 |
| MARM 2006-OA1 | 2-A-1 | 1,177 | 852 | 643 | 379 |
| MARM 2007-1 | 1IA | 1,662 | 1,068 | 759 | 423 |
| MARM 2007-3 | 1-1A1 and 1-1A2 | 2,154 | 1,558 | 1,179 | 686 |
| MARM 2007-3 | 2-1A1 and 2-1A2 | 785 | 690 | 601 | 432 |
| Total | | 43,845 | 25,533 | 17,446 | 9,066 |

Notes:

[1] Each sample size displayed in this table is adequate to estimate a proportion (i.e., based on a yes-or-no evaluation) within the given margin of error at a 95 percent confidence level for each named originator and (if applicable) for the group of all other originators in a given Relevant Loan Pool. Each sample size is rounded to the next highest integer. If p is the proportion of loans in breach (assumed to be equal to 0.50 for the purpose of calculating the required sample size), N is the number of loans in the population, and e is the desired margin of error (e.g., 0.02), then the required sample size n can be calculated as follows:

$$n = \dfrac{1}{\left[\dfrac{N-1}{N \cdot n_0}\right] + \dfrac{1}{N}}$$

Where

$$n_0 = p(1-p)\left(\dfrac{1.96}{e}\right)^2 + 1$$

[2] Sample sizes were calculated separately for each named originator and for non-named originators combined, then aggregated to the Relevant Loan Pool level.

[3] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan counts. The loan tape files provided by Counsel for ARSI 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-8, MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.

[4] The Prospectus Supplement was used to determine that all loans in the relevant loan pools were originated by the same originator for ARSI 2006-W3, FHLT 2006-B, INABS 2005-C, INABS 2005-D, INABS 2006-D, INABS 2007-A, MABS 2005-FRE1, MABS 2006-FRE2, MABS 2006-NC2, MABS 2006-NC3, MABS 2006-WMC2, MABS 2006-WMC3, MABS 2006-WMC4, MABS 2005-WF1, and MABS 2007-WMC1.

Sources:

[1] ABSNet Loan data as of May 2012.
[2] Loan tape data provided by Counsel.
[3] Prospectus Supplement of at-issue Relevant Loan Pools.
[4] Steven K. Thompson, Sampling, Third Edition 58, 60 (2012).

CONFIDENTIAL

Exhibit 4a
Required Sample Size for Each Named Originator
Relevant Loan Pools with 2+ Originators

| Relevant Loan Pool | Certificate | Named Originator | Loan Count | Percent | Required Sample Size | | |
|---|---|---|---|---|---|---|---|
| | | | | | ± 2 Percentage Point Margin of Error[1] | ± 3 Percentage Point Margin of Error[1] | ± 5 Percentage Point Margin of Error[1] |
| MABS 2005-HE2 | A-1 | MILA | 1,123 | 53.8% | 766 | 548 | 287 |
| | | New Century Mortgage Corp. | 924 | 44.3% | 668 | 496 | 273 |
| | | Other | 39 | 1.9% | 39 | 38 | 36 |
| MABS 2007-HE2 | A-1 | Fieldstone Mortgage Company | 485 | 32.3% | 404 | 334 | 215 |
| | | Option One Mortgage | 865 | 57.6% | 637 | 479 | 267 |
| | | Other | 152 | 10.1% | 144 | 134 | 110 |
| | 2-A-1 | Countrywide Home Loans | 1,045 | 42.9% | 729 | 529 | 282 |
| MARM 2005-8 | | Other | 1,390 | 57.1% | 881 | 605 | 302 |
| | 3-A-1 | Countrywide Home Loans | 755 | 90.4% | 575 | 443 | 256 |
| | | Other | 80 | 9.6% | 78 | 75 | 67 |
| MARM 2006-2 | 2-A-1 | Provident Funding | 320 | 77.7% | 283 | 247 | 176 |
| | | Wells Fargo | 61 | 14.8% | 60 | 58 | 53 |
| | | Other | 31 | 7.5% | 31 | 31 | 29 |
| MARM 2006-OA1 | 2-A-1 | American Home Mortgage | 1,051 | 89.3% | 732 | 530 | 283 |
| | | Other | 126 | 10.7% | 120 | 113 | 96 |
| MARM 2007-1 | 11A | American Home Mortgage | 1,522 | 91.6% | 932 | 628 | 308 |
| | | IndyMac Bank, F.S.B | 107 | 6.4% | 103 | 98 | 84 |
| | | Other | 33 | 2.0% | 33 | 33 | 31 |
| | 1-1A1 and 1-1A2 | Countrywide Home Loans | 1,267 | 58.8% | 830 | 580 | 296 |
| | | IndyMac Bank, F.S.B | 652 | 30.3% | 513 | 406 | 243 |
| MARM 2007-3 | | Other | 235 | 10.9% | 215 | 193 | 147 |
| | 2-1A1 and 2-1A2 | Countrywide Home Loans | 433 | 55.2% | 367 | 309 | 205 |
| | | IndyMac Bank, F.S.B | 274 | 34.9% | 247 | 219 | 161 |
| | | Other | 78 | 9.9% | 76 | 73 | 66 |

Notes:

[1] Each sample size displayed in this table is adequate to estimate a proportion (i.e., based on a yes-or-no evaluation) within the given margin of error at a 95 percent confidence level for each named originator and (if applicable) for the group of all other originators in a given Relevant Loan Pool. Each sample size is rounded to the next highest integer. If p is the proportion of loans in breach (assumed to be equal to 0.50 for the purpose of calculating the required sample size), N is the number of loans in the population, and e is the desired margin of error (e.g., 0.02), then the required sample size n can be calculated as follows:

$$n = \left[ \frac{1}{\frac{N-1}{N * n_0} + \frac{1}{N}} \right]$$

Where

$$n_0 = p(1-p)\left(\frac{1.96}{e}\right)^2 + 1$$

[2] The exhibit only shows Relevant Loan Pools for which there are more than one originator.

[3] The analysis relies upon the loan-level ABSNet database (May 2012 release) for loan characteristics and loan counts. The loan tape files provided by Counsel for ARSI 2006-W3, MABS 2005-FRE1, MABS 2005-HE2, MARM 2005-1 MARM 2006-OA1, and MARM 2007-1 were used to reduce the amount of missing loan characteristic information.

[4] The Prospectus Supplement was used to determine that all loans in the relevant loan pools were originated by the same originator for ARSI 2006-W3, FHLT 2006-B, INABS 2005-C, INABS 2005-D, INABS 2006-D, INABS 2007-A, MABS 2005-FRE1, MABS 2006-FRE2, MABS 2006-NC1, MABS 2006-NC2, MABS 2006-NC3, MABS 2006-WMC1, MABS 2006-WMC2, MABS 2006-WMC3, MABS 2006-WMC4, MABS 2005-WF1, and MABS 2007-WMC1.

Sources:
[1] ABSNet Loan data as of May 2012.
[2] Loan tape data provided by Counsel.
[3] Prospectus Supplement of at-issue Relevant Loan Pools.
[4] Steven K. Thompson. Sampling: Third Edition 58, 60 (2012).