UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>-against-<br><br>SG AMERICAS, INC., *et al.*,<br><br>       Defendants. | 3-3-2014<br><br>11 Civ. 6203 (DLC) |

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS

The Court, having considered all materials submitted in favor of the Parties' February 28, 2014 Joint Motion to Stay Proceedings, and finding good cause in support thereof,

IT IS HEREBY ORDERED that:

The Parties' Motion to Stay Proceedings is GRANTED until March 17, 2014, and the 11 Civ. 6203 action shall remain stayed pending the joint submission of a stipulation of voluntary dismissal with prejudice, but in no event stayed beyond March 17, 2014 without further approval by the Court.

Dated: New York, New York
   March 3, 2014

                   _____
                   The Honorable Denise L. Cote
                   United States District Court Judge